FILED
Oct 14  1 59 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., ) | |
| ) | LEAD DOCKET NO. |
| Plaintiffs, ) | 3:00-CV-00754 (JBA) |
| ) | U.S.D.C./New Haven |
| v. ) | |
| ) | MEMBER CASE NOS. |
| ) | 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., ) | 3:00-CV-981 (JBA) |
| ) | ALL CASES |
| Defendants. ) | OCTOBER 14, 2003 |

## SOUNDVIEW'S OPPOSITION TO
## MITSUBISHI'S MOTION TO ALTER OR AMEND JUDGMENT

Despite the care taken by the Court and the EIA/CEMA, Sharp, Sony, Soundview and Toshiba parties to consider all possible permutations of what the "judgment" should contain in this case, Mitsubishi says the Court did it wrong.

Mitsubishi seeks leave to amend the judgment to reflect that it pled various "affirmative defenses." That is not appropriate. Mitsubishi admits these defenses were only pled in an "Answer." (Motion at 2). Mitsubishi never raised these defenses as "claims" under the Declaratory Judgment Act. See Altvater v. Freeman, 319 U.S. 359, 363-64 (1943) (holding "the decision of noninfringement disposes of the bill and answer," even if "it does not dispose of the counterclaim

which raises the question of validity."); cf. Cardinal Chemical Co. v. Morton Int'l, 508 U.S. 83, 93-95 (1993) (explaining Court in Electrical Fittings Corp. v. Thomas & Betts Co., 307 U.S. 241 (1939) correctly remanded to appellate court to vacate validity decision once noninfringement found because invalidity was affirmative defense, not counterclaim).

There is no need to amend the judgment because Mitsubishi never *requested* a "judgment" in its pleadings. Instead, by filing solely an "answer" (without invoking declaratory judgment jurisdiction), Mitsubishi sought only to defeat Soundview's claims; the Court's partial judgment already reflects disposal of Mitsubishi's defenses by the dismissal of Soundview's claims. See Altvater, 319 U.S. at 363-64. The Rule 58 judgment as-entered is sufficient to reflect the status and resolution of matters raised by the pleadings and disposed of by the Court.

Its Rule 59(e) motion also trumpets Mitsubishi will institute satellite fee litigation under the Patent Act "exceptional case" statute and under Rule 11. The present judgment and accompanying Orders indicate matters such as these are

stayed pending appeal. No amendment is necessary to reflect this fact. Mitsubishi's motion should be denied in its entirety.

> Respectfully submitted,
>
> SOUNDVIEW TECHNOLOGIES, INC.
>
> _/s/_
> John J. Bogdanski (ct06217)
> David S. Monastersky (ct13319)
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, Connecticut 06114
> (860) 249-1361
> Fax: (860) 522-9549
>
> Robert P. Greenspoon (ct21736)
> NIRO, SCAVONE, HALLER & NIRO
> 181 West Madison Street, Suite 4600
> Chicago, Illinois 60602
> Phone: (312) 236-0733
>
> Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **SOUNDVIEW'S OPPOSITION TO MITSUBISHI'S MOTION TO ALTER OR AMEND JUDGMENT** was served upon lead counsel for the below listed parties by first class mail (on all lead patent counsel) on October 14, 2003:

## SERVICE LIST

| Counsel for Consumer Electronics Association | |
|---|---|
| Counsel | Local Counsel |
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C. 20037<br>Tel: 202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |
| **Counsel for Mitsubishi Digital Electronics America** | |
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP<br>695 East Main Street |

Page 1 of 6

| | |
|---|---|
| Los Angeles, California 90013-1024<br>Tel:   213-892-5200<br>Fax:   213-892-5454 | P.O. Box 10305<br>Stamford, CT 06901<br>Tel:   203-462-7510<br>Fax:   203-461-7599 |
| **Counsel for Sharp Electronics Corporation** ||
| <u>Counsel</u> | <u>Local Counsel</u> |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | <u>Connecticut</u><br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT  06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Toshiba America Consumer Products, Inc.** ||
| <u>Counsel</u> | <u>Local Counsel</u> |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | <u>Connecticut</u><br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |
| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
| <u>IP</u><br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel:   212-425-7200<br>Fax:   212-425-5288<br>rdelucia@kenyon.com | |

| egardner@kenyon.com | |
| --- | --- |
| <u>Antitrust</u><br>Richard M. Steuer<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY  10019-5820<br>Tel:  212-506-2500<br>Fax:  212-262-1910<br>rsteuer@mayerbrown.com | |