UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Oct 16 x 2 49 PM '03

U.S. DIST
NEW HAVEN, CONN.

---------------------------------------------------- x
SONY ELECTRONICS, INC. et al.,           : Lead Docket
                                         : 3:00 CV 754 (JBA)
           Plaintiffs,                   :
                                         :
    v.                                   : Related Dockets
                                         : 3:00 CV 768 (JBA) and
SOUNDVIEW TECHNOLOGIES, INC.,            : 3:00 CV 981 (JBA)
                                         :
           Defendant.                    :
---------------------------------------------------- x

**MOTION OF TOSHIBA AMERICA CONSUMER PRODUCTS TO ALTER OR AMEND JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 59(e), Toshiba America Consumer Products Inc. ("Toshiba"), one of the Non-Soundview Parties in this action, moves to alter or amend this Court's Partial Judgment of October 1, 2003 (Doc. # 453), and the Order of Stay Pending Appeal of September 26, 2003 (Doc. # 452).

Toshiba's Motion To Amend Or Alter the Judgment is substantively the same as a similarly captioned Motion filed by Mitsubishi Digital Electronics America on October 6, 2003. This Toshiba Motion should be granted for the same reasons advanced by Mitsubishi to support its Motion.

The Partial Judgment and Order of Stay Pending Appeal do not address whether Toshiba's defenses of inequitable conduct and its claim for attorney's fees are preserved. In its Answer, filed August 6, 2001, Toshiba raised, as an affirmative defense, Soundview's inequitable conduct and patent misuse (Fourth, Fifth, and Sixth affirmative

1

783460

defenses), and patent invalidity under 35 U.S.C.§§ 102, 103 and 112 (Second affirmative defense). These defenses lay a predicate for an award of attorney's fees. Toshiba in its prayer for relief requested that the case be declared exceptional and expressly sought an award of attorney's fees under 35 U.S.C. §285.

Toshiba files its Rule 59(e) motion to preserve its claim for attorney fees, which the Court never reached or decided. Toshiba also seeks to reserve its right upon the lifting of the stay to seek leave to amend its pleading to include any additional claims it may have against Soundview, including, but not limited to, antitrust/bad faith litigation and antitrust/Walker Process violation. These claims have already been raised by Sony.

Accordingly, Toshiba requests that the Court amend its Order of Stay Pending Appeal to clarify that Toshiba's claims against Soundview are preserved and remain in the case. The attached proposed order is identical to the proposed ordered included with the Mitsubishi motion except that it also acknowledges that Toshiba's claims remain in the case.

783460

DATED: October 6, 2003

                                        Respectfully submitted,

                                        TOSHIBA AMERICA CONSUMER PRODUCTS

                                        */s/ William M. Bloss*
                                        William M. Bloss, ct01008
                                        Jacobs, Grudberg, Belt and Dow, P.C.
                                        P.O. Box 606
                                        New Haven, CT 06503-0606
                                        phone: 203-772-3100
                                        fax: 203-772-1691
                                        email: bbloss@jacobslaw.com

Of counsel:

Larry S. Nixon
Jeffry H. Nelson
Michael J. Shea
Nixon & Vanderhye, P.C.
1100 North Glebe Road
Arlington, VA 22201
(703) 816-4000
Counsel for Toshiba America Consumer Products, Inc.

Robert W. Adams
Updeep (Mickey) Gill
Nixon & Vanderhye, P.C.
1100 North Glebe Road
Arlington, VA 22201
(703) 816-4000
Counsel for Sharp Electronics Corporation

783460

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------------- x
SONY ELECTRONICS, INC. et al.,          :   Lead Docket
                                        :   3:00 CV 754 (JBA)
              Plaintiffs,               :
                                        :
       v.                               :
                                        :   Related Dockets
                                        :   3:00 CV 768 (JBA) and
SOUNDVIEW TECHNOLOGIES, INC.,           :   3:00 CV 981 (JBA)
                                        :
              Defendant.                :
------------------------------------------------------------- x
```

**AMENDED ORDER OF STAY PENDING APPEAL**

The Court orders that the remaining claims in this case shall be stayed pending appeal of the partial final judgment, entered on the 1st of October 2003 (Doc.# 453). This stay shall apply to all pending claims and motions, the filing of any bill of costs, and the filing of any request for further relief (including any motions brought by any of the Non-Soundview Parties for leave to add additional claims and/or any motions brought under Federal Rule of Civil Procedure 11 for an award of attorney's fees and/or costs).

The following claims remain pending:

- In Case 3:00cv 00754 (JBA), Sony's Third through Seventh Counterclaims (Inequitable Conduct), Eighth Counterclaim (Patent Misuse), Ninth Counterclaim (Unclean Hands), Tenth Counterclaim (Antitrust/Bad Faith Litigation), Eleventh Counterclaim (Antitrust/Walker Process Violation) and Twelfth Counterclaim (Exceptional Case). [Docs. ## 309, 321, 333].

783460

- Sharp's "exceptional case" counterclaim [Docs. ##106, 130].

- Mitsubishi's "exceptional case" claim under 35 U.S.C. §285 (per Mitsubishi's sixth and eight affirmative defenses and its prayer for relief), pursuant to which it seeks and award of attorney's fees and costs [Docs. # 303], and

- Toshiba's "exceptional case" claim under 35 U.S.C. §285 (per Toshiba's second, fourth, fifth, and sixth affirmative defenses and its prayer for relief) [Docs. # 304].

IT IS SO ORDERED

_____
Janet Bond Arteron, U.S.D.J.

**Dated at New Haven, Connecticut, this ___ day of _____ 2003.**

783460

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Toshiba America Consumer Products to Alter or Amend Judgment and Proposed Order was served by First Class mail, postage prepaid on this 16th day of October 2003, on the following:

**Counsel for Sony Electronics, Inc. and Sony Corp. of America:**

Richard I. Delucia, Esq.
Richard Gresalfi, Esq.
Elizabeth Gardner, Esq.
Alex D. Skucas, Esq.
Jeffrey S. Gerchick, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

Jacqueline D. Bucar, Esq.
Ben Solnit, Esq.
Tim Jensen, Esq.
Peter Sachner, Esq.
**Tyler, Cooper & Alcorn**
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Tel.: (203) 784-8200
Fax: (203) 865-7865

Ian S. Linker, Esq.
**Kaye, Scholer, Fierman,**
**Hays & Handler**
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000
Fax: (212) 836-8689

Mark S. Popofsky, Esq.
**Kaye, Scholer, Fierman,**
**Hays & Handler**
The McPerson Bldg.
901 Fifteenth Street, N.W.
Suite 1100
Washington, D.C. 20005-2327
Tel.: (202) 682-3500
Fax: (202) 682-3580

Richard M. Steuer, Esq.
**Mayer, Brown, Rowe & Maw**
1675 Broadway
New York, New York 10019-5820

**Counsel for Soundview Technologies, Inc.**

Raymond P. Niro, Esq.
John C. Janka, Esq.
Robert P. Greenspoon, Esq.
**Niro, Scavone, Haller**
**& Niro**
181 West Madison Street
Suite 4600
Chicago, IL 60602
Tel.: (312) 236-0733
Fax: (312) 236-3137

John J. Bogdanski, Esq.
David S. Monastersky, Esq.
**Howd & Ludorf**
65 Wethersfield Avenue
Hartford, CT 06114
Tel.: (860) 249-1361
Fax: (860) 522-9549

1

**Counsel for Consumer Electronics Association and Electronic Industries Alliance**

Peter J. Kadzik, Esq
R. Bruce Holcomb, Esq.
Gary Hoffman, Esq
Jorge Kotelanski, Esq.
**Dickstein Shapiro Morin
 & Oshinsky**
2101 L Street, NW
Washington, DC 20037
Tel.: (202) 785-9700
Fax: (202) 887-0689

Jacqueline D. Bucar, Esq.
Ben Solnit, Esq.
Tim Jensen, Esq.
Peter Sachner, Esq.
**Tyler, Cooper & Alcorn LLP**
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Tel.: (203) 784-8200
Fax: (203) 865-7865

**Counsel for Mitsubishi Digital Electronics America**

Vincent J. Belusko, Esq.
Eric Shih, Esq.
David Fehrman, Esq.
**Morrison & Foerster, LLP**
555 West Fifth Street
35th Floor
Los Angeles, CA 90013
Tel.: (213) 892-5200
Fax: (213) 892-5454

Les Weinstein, Esq.
**Squire, Sanders &
 Dempsey, LLP**
801 South Figueroa Street
14th Floor
Los Angeles, CA 90017
Tel.: (213) 624-2500
Fax: (213) 623-4581/4590

Joe Clasen, Esq.
**Robinson & Cole**
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
Tel.: (203) 462-7500
Fax: (203) 462-7599

Bradley S. Lui, Esq.
**Morrison & Foerster, LLP**
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, DC 20006

Robert S. McArthur, Esq.
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7666
Facsimile: (415) 268-7522

**Counsel for Sharp Electronics Corporation**

Robert W. Adams, Esq.
Mickey Gill, Esq.
**Nixon & Vanderhye P.C.**
1100 North Glebe Road
Arlington, VA 22201-4714
Tel.: (703) 816-4000
Fax: (703) 816-4100

William M. Bloss, Esq.
**Jacobs, Grudberg, Belt
 Dow, P.C.**
350 Orange Street
P.O. Box 606
Tel.: (203) 772-3100 x 271
Fax: (203) 772-1691

By: _/s/_

2