UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
SONY ELECTRONICS, INC., et al.,                            :   Lead Docket
                                                           :   3:00 CV 754 (JBA)
                    Plaintiffs,                            :
                                                           :
          vs.                                              :   Related Dockets
                                                           :   3:00 CV 768 (JBA) and
SOUNDVIEW TECHNOLOGIES, INC.,                              :   3:00 CV 981 (JBA)
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------x
```

FILED
Oct 22  12 25 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

## MITSUBISHI'S REPLY TO SOUNDVIEW'S OPPOSITION TO MITSUBISHI'S MOTION TO ALTER OR AMEND JUDGMENT

Mitsubishi Digital Electronics America ("Mitsubishi") hereby replies to the opposition, dated October 14, 2003, of Soundview Technologies, Inc. ("Soundview") to Mitsubishi's October 6, 2003 motion to alter or amend the Court's Partial Judgment of October 1, 2003 (Doc. #453) and its Order of Stay Pending Appeal (Doc. # 452).

Soundview's opposition underscores the desirability of amending the judgment to clarify that both Mitsubishi and Toshiba American Consumer Products, Inc. ("Toshiba") remain free, following the lifting of the stay, to pursue their respective claims for

**ORAL ARGUMENT NOT REQUESTED**

STAM1-744798-1

attorney's fees and costs under 35 U.S.C. § 285 and/or Federal Rule of Civil Procedure 11. Indeed, Soundview itself acknowledges that "matters such as these [i.e., fee litigation under the Patent Act 'exceptional case' statute and under Rule 11] are stayed pending appeal." Soundview Opposition, at 2-3. None of the cases cited by Soundview bar Mitsubishi from seeking such claims upon the lifting of the stay.

The purpose of Mitsubishi's and Toshiba's respective motions is simply to insure that the Partial Judgment is not misinterpreted or subsequently used as a sword by Soundview to cut off Mitsubishi's or Toshiba's right to seek attorney's fees as prevailing parties under 35 U.S.C. § 285 and/or Rule 11. Mitsubishi also retains the right to later seek leave to amend its pleading to assert counterclaims. Such counterclaims have already been asserted by Sony, but are currently stayed.

Unlike many of the television manufacturers in this case who, in the face of allegations of patent infringement and antitrust violations, opted to settle with Soundview, Mitsubishi remained steadfast in its defense. Having ultimately prevailed, Mitsubishi should not find itself prejudiced and/or precluded from seeking full vindication of its rights.

Respectfully submitted,
MITSUBISHI DIGITAL ELECTRONICS
AMERICA

DATED: October 22, 2003

By: _____
Brian E. Moran Esq.
CT Fed Bar No. 05058
Joseph Clasen, Esq.
ROBINSON & COLE LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Tel: (203) 462-7500
Fax: (203) 462-7599
Email: bmoran@rc.com
Email: jclasen@rc.com

Its Counsel

## **CERTIFICATION**

This is to certify that copies of the foregoing Mitsubishi's Reply to Soundview's Opposition to Mitsubishi's Motion to Alter or Amend Judgment were mailed by first class, U.S. mail, postage prepaid, on this 22nd day of October, 2003 to:

| **Counsel for Soundview Technologies, Inc.** ||
|---|---|
| Raymond P. Niro, Esq.<br>John C. Janka, Esq.<br>Robert P. Greenspoon, Esq.<br>**Niro, Scavone, Haller & Niro**<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>Tel:   (312) 236-0733<br>**Fax:   (312) 236-3137**<br><br>David M. Mundt, Esq.<br>**Cook, Alex, McFarron, Manzo,**<br>**Cummings & Mehler, Ltd.**<br>200 West Adams<br>Chicago, IL 60603 | Connecticut<br>John J. Bogdanski, Esq.<br>David S. Monastersky, Esq.<br>**Howd & Ludorf**<br>65 Wethersfield Avenue<br>Hartford, CT 06114<br>Tel:   (860) 249-1361<br>**Fax:   (860) 522-9549** |

| **Counsel for Mitsubishi Digital Electronics America** ||
|---|---|
| Anti-Trust<br>Bradley S. Lui, Esq.<br>**Morrison & Foerster LLP**<br>2000 Pennsylvania Avenue, N.W.<br>Suite 5500<br>Washington, DC  20006-1888<br>Tel:   (202) 887-1500<br>**Fax:   (202) 887-0763**<br><br>Vincent J. Belusko, Esq.<br>**Morrison & Foerster LLP**<br>555 West Fifth Street<br>Los Angeles, CA  90013-1024<br>Tel:   (213) 892-5200<br>**Fax:   (213) 892-5454**<br><br>Robert S. McArthur, Esq.<br>**Morrison & Foerster LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:   (415) 268-7666<br>**Fax:   (415) 268-7522** | |

| **Counsel for Sharp Electronics Corporation** ||
|---|---|
| Robert W. Adams, Esq.<br>Mickey Gill, Esq.<br>**Nixon & Vanderhye, P.C.**<br>1100 North Glebe Road<br>Arlington, VA 22201-4714<br>Tel:   (703) 816- 4000<br>**Fax:   (703) 816-4100** | Connecticut<br>William M. Bloss, Esq.<br>Alinor S. Sterling, Esq.<br>**Jacobs, Grudberg Belt & Dow, P.C.**<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606<br>Tel:   (203) 772-3100 (ext. 271)<br>**Fax:   (203) 772-1691** |

| **Counsel for Toshiba America Consumer Products, Inc.** ||
|---|---|
| Larry S. Nixon, Esq.<br>Michael Shea, Esq.<br>Jeff Nelson, Esq.<br>**Nixon & Vanderhye, P.C.**<br>1100 North Glebe Road<br>Arlington, VA 22201-4714<br>Tel:   (703) 816-4000<br>**Fax:   (703) 816-4100**<br><br>Anti-Trust<br>Thomas G. Gallatin, Esq.<br>**Latham & Watkins**<br>885 Third Avenue<br>Suite 1000<br>New York, NY  10022-4802<br>Tel:   (212) 906-1200<br>**Fax:   (212) 751-4864** | Connecticut<br>William M. Bloss, Esq.<br>Alinor S. Sterling, Esq.<br>**Jacobs, Grudberg, Belt & Dow, P.C.**<br>350 Orange Street, P.O. Box 606<br>New Haven, CT 06503<br>Tel:   (203) 772-3100<br>**Fax:   (203) 772-1691** |
| **Counsel for Electronics Industries Alliance** ||
| Gary M. Hoffman, Esq.<br>Kenneth W. Brothers, Esq.<br>Jorge Kotelanski, Esq.<br>**Dickstein, Shapiro, Morin & Oshinksy**<br>2101 L Street, N.W.<br>Washington, DC  20037<br>Tel:   (202) 785-9700 | Connecticut<br>Jacqueline D. Bucar, Esq.<br>Ben Solnit, Esq.<br>Tim Jensen, Esq.<br>Peter Sachner, Esq.<br>**Tyler, Cooper & Alcorn, LLP**<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Tel:   (203) 784-8200<br>**Fax:   (203) 865-7865** |

6

| **Counsel for Sony Electronics, Inc./Sony Corp. of America** ||
|---|---|
| <u>IP</u><br>Richard L. Delucia, Esq.<br>Richard Gresalfi, Esq.<br>Elizabeth Gardner, Esq.<br>Alex D. Skucas, Esq.<br>Thomas R. Makin<br>Jeffrey S. Gerchick, Esq.<br>**Kenyon & Kenyon LLP**<br>One Broadway<br>New York, NY 10004<br>Tel:   (212) 425-7200<br>**Fax:   (212) 425-5288**<br><br><u>Anti-Trust</u><br>Richard M. Steuer, Esq.<br>**Mayer, Brown, Rowe & Maw**<br>1675 Broadway<br>New York, New York 10019-5820<br><br>Mark S. Popofsky, Esq.<br>**Kaye, Scholer, Fierman, Hays & Handler**<br>The McPherson Building<br>901 Fifteenth Street, N.W., Suite 1100<br>Washington D.C. 20005-2327<br>Tel:   (202) 682-3500<br>**Fax:   (202) 682-3580**<br><br>Jaime A. Siegel<br>In House Counsel<br>**Sony Corporation of America,<br>Sony Electronics, Inc.**<br>One Sony Drive<br>Park Ridge, NJ 07656<br>Tel:   201-390-7415<br>**Fax:   201-930-6854** | <u>Connecticut</u><br>Jacqueline D. Bucar, Esq.<br>Ben Solnit, Esq.<br>Tim Jensen, Esq.<br>Peter Sachner, Esq.<br>**Tyler, Cooper & Alcorn, LLP**<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Tel:   (203) 784-8200<br>**Fax:   (203) 865-7865** |

| **Counsel for Consumer Electronics Association** ||
|---|---|
| Gary M. Hoffman, Esq.<br>Kenneth W. Brothers, Esq.<br>Jorge Kotelanski, Esq.<br>**Dickstein, Shapiro, Morin & Oshinksy**<br>2101 L Street, N.W.<br>Washington, DC  20037<br>Tel:   (202) 785-9700 | Connecticut<br>Jacqueline D. Bucar, Esq.<br>Tim Jensen, Esq.<br>Peter Sachner, Esq.<br>**Tyler, Cooper & Alcorn, LLP**<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-1910<br>Tel:   (203) 784-8200<br>**Fax:   (203) 865-7865** |

_____
Brian E. Moran (CT 05058)