UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., ) | |
| ) | LEAD DOCKET NO. |
| Plaintiffs, ) | 3:00-CV-00754 (JBA) |
| ) | U.S.D.C./New Haven |
| v. ) | |
| ) | MEMBER CASE NOS. |
| ) | 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., ) | 3:00-CV-981 (JBA) |
| ) | ALL CASES |
| Defendants. ) | OCTOBER 23, 2003 |

## SOUNDVIEW'S OPPOSITION TO
## TOSHIBA'S MOTION TO ALTER OR AMEND JUDGMENT

Toshiba's motion to alter or amend (DKT 457) should be denied for the same reasons Soundview explained in its opposition (DKT 456) to Mitsubishi's motion to alter or amend (DKT 454). Disposition of Soundview's claims constituted disposition of Toshiba's "affirmative defenses" raised in its "answer." Toshiba (like Mitsubishi) did not request a declaratory judgment. This means Toshiba has no right to pursue defenses mooted by disposition of Soundview's claims. In effect, Toshiba wants the

Court to recognize in the judgment rights that it does not have. The judgment and related orders need not be amended.

    Respectfully submitted,

    SOUNDVIEW TECHNOLOGIES, INC.

    _____
    John J. Bogdanski (ct06217)
    David S. Monastersky (ct13319)
    HOWD & LUDORF
    65 Wethersfield Avenue
    Hartford, Connecticut 06114
    (860) 249-1361
    Fax: (860) 522-9549

    Robert P. Greenspoon (ct21736)
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois 60602
    Phone: (312) 236-0733

    Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **SOUNDVIEW'S OPPOSITION TO MITSUBISHI'S MOTION TO ALTER OR AMEND JUDGMENT** was served upon lead counsel for the below listed parties by first class mail (on all lead patent counsel) on October 14, 2003:

_____
John J. Bogdanski

### SERVICE LIST

| Counsel for Consumer Electronics Association | |
| --- | --- |
| Counsel | Local Counsel |
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C.  20037<br>Tel:  202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |
| **Counsel for Mitsubishi Digital Electronics America** | |
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S.  McArthur<br>Morrison & Foerster LLP | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP |

Page 1 of 3

| | |
|---|---|
| 555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel:   213-892-5200<br>Fax:   213-892-5454 | 695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel:   203-462-7510<br>Fax:   203-461-7599 |
| **Counsel for Sharp Electronics Corporation** ||
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT  06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Toshiba America Consumer Products, Inc.** ||
| Counsel | Local Counsel |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |
| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
| IP<br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel:   212-425-7200<br>Fax:   212-425-5288 | |

| rdelucia@kenyon.com egardner@kenyon.com <br><br>Antitrust<br>Richard M. Steuer<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY  10019-5820<br>Tel:  212-506-2500<br>Fax:  212-262-1910<br>rsteuer@mayerbrown.com | |