UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONY ELECTRONICS, INC. et al., | ) | |
| | ) | LEAD DOCKET NO. |
| Plaintiffs, | ) | 3:00-CV-00754 (JBA) |
| | ) | U.S.D.C./New Haven |
| v. | ) | |
| | ) | MEMBER CASE NOS. |
| | ) | 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC., | ) | 3:00-CV-981 (JBA) |
| | ) | ALL CASES |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. App. P. 4(a)(1)(A), that Soundview Technologies, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the final partial judgment entered in favor of Sony Electronics, Inc. Sony Corporation of America, Mitsubishi Digital Electronics America, Sharp Electronics Corp., Toshiba America Consumer Products, Inc., the Consumer Electronics Association (a.k.a. Consumer Electronics Manufacturers Association) and the Electronic Industries Alliance under Rule 54(b) on October 2, 2003, and from all other orders preceding and supporting the final judgment, including the district court's claim construction rulings and grants of summary judgment of non-infringement, no antitrust liability and no state unfair competition liability.

Respectfully submitted,

SOUNDVIEW TECHNOLOGIES, INC.

_____
Robert P. Greenspoon (ct21736)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600

Chicago, Illinois 60602
Phone: (312) 236-0733

John J. Bogdanski (ct06217)
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
Fax: (860) 522-9549

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **NOTICE OF APPEAL** was served upon lead counsel for the below listed parties by facsimile and first class mail (on all lead patent counsel) on October 23, 2003:

## SERVICE LIST

| Counsel for Consumer Electronics Association ||
|---|---|
| <u>Counsel</u> | <u>Local Counsel</u> |
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C.  20037<br>Tel:  202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | <u>Connecticut</u><br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |

| Counsel for Mitsubishi Digital Electronics America ||
|---|---|
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel:  213-892-5200<br>Fax:  213-892-5454 | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel:  203-462-7510<br>Fax:  203-461-7599 |
| **Counsel for Sharp Electronics Corporation** ||
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA  22201-4714<br>Tel:  703-816-4000<br>Fax:  703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT  06511<br>Tel:  203-772-3100 (x 271)<br>Fax:  203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Toshiba America Consumer Products, Inc.** ||
| Counsel | Local Counsel |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA  22201-4714<br>Tel:  703-816-4000<br>Fax:  703-816-4100<br>lsn@nixonvan.com | mailto:Thomas.Gallatin@lw.comConnecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |

| Counsel for Sony Electronics, Inc. and Sony Corporation of America ||
|---|---|
| <u>IP</u><br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel: 212-425-7200<br>Fax: 212-425-5288<br>rdelucia@kenyon.com<br>egardner@kenyon.com<br><br><u>Antitrust</u><br>Richard M. Steuer<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Tel: 212-506-2500<br>Fax: 212-262-1910<br>rsteuer@mayerbrown.com | |

Respectfully submitted,

By _[signature: John J. Bogdanski]_
John J. Bogdanski
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
860 249-1361
860 249-7665 (Fax)
E-Mail: jbogdanski@hl-law.com