UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) Lead Docket |
| | ) 3:00 CV 754 (JBA) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Related Dockets |
| | ) 3:00 CV 768 (JBA) and |
| SOUNDVIEW TECHNOLOGIES, INC., | ) 3:00 CV 981 (JBA) |
| | ) |
| Defendant. | ) |

**REPLY OF TOSHIBA AMERICA CONSUMER PRODUCTS TO SOUNDVIEW'S OPPOSITION TO TOSHIBA'S MOTION TO ALTER OR AMEND JUDGMENT**

Toshiba America Consumer Products Inc. ("Toshiba") replies to the opposition, dated October 23, 2003 (Doc. # 459) of Soundview Technologies, Inc. ("Soundview") to Toshiba's Motion of October 16, 2003, to Alter or Amend the Judgment (Doc. # 457).

This reply by Toshiba is substantively the same as the reply submitted by Mitsubishi on October 22, 2003 (Doc. # 458). Toshiba and Mitsubishi filed their respective motions to avoid any suggestion that their rights to seek attorney fees as prevailing parties were cut off by the partial final judgment. As a prevailing party, Toshiba should be heard on its claim for attorney fees after the judgment is affirmed on appeal. Toshiba respectfully requests that its motion be granted and the partial final judgment be altered or amended for the reasons stated in its motion.

1

790054

Respectfully submitted,

TOSHIBA AMERICA CONSUMER PRODUCTS

DATED: November 6, 2003

By: *[signature]*
William M. Bloss, ct01008
Alinor C. Sterling, ct17207
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT 06503
(203) 772-3100

OF COUNSEL:

Robert W. Adams, Esq.
Updeep S. Gill, Esq.
Nixon & Vanderhye P.C.
1100 N. Glebe Road, 8th Floor
Arlington, Virginia 22201

790054

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REPLY OF TOSHIBA AMERICA CONSUMER PRODUCTS TO SOUNDVIEW'S OPPOSITION TO TOSHIBA'S MOTION TO ALTER OR AMEND JUDGMENT was served by First Class mail, postage prepaid on this 6th day of November 2003, on the following:

**Counsel for Sony Electronics, Inc. and Sony Corp. of America:**

Richard I. Delucia, Esq.
Richard Gresalfi, Esq.
Elizabeth Gardner, Esq.
Alex D. Skucas, Esq.
Jeffrey S. Gerchick, Esq.
**Kenyon & Kenyon LLP**
One Broadway
New York, NY 10004
Tel.: (212) 425-7200
Fax: (212) 425-5288

Jacqueline D. Bucar, Esq.
Ben Solnit, Esq.
Tim Jensen, Esq.
Peter Sachner, Esq.
**Tyler, Cooper & Alcorn**
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Tel.: (203) 784-8200
Fax: (203) 865-7865

Ian S. Linker, Esq.
**Kaye, Scholer, Fierman,
Hays & Handler**
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000
Fax: (212) 836-8689

Mark S. Popofsky, Esq.
**Kaye, Scholer, Fierman,
Hays & Handler**
The McPerson Bldg.
901 Fifteenth Street, N.W.
Suite 1100
Washington, D.C. 20005-2327
Tel.: (202) 682-3500
Fax: (202) 682-3580

Richard M. Steuer, Esq.
**Mayer, Brown, Rowe & Maw**
1675 Broadway
New York, New York 10019-5820

**Counsel for Soundview Technologies, Inc.**

Raymond P. Niro, Esq.
John C. Janka, Esq.
Robert P. Greenspoon, Esq.
**Niro, Scavone, Haller
& Niro**
181 West Madison Street
Suite 4600
Chicago, IL 60602
Tel.: (312) 236-0733
Fax: (312) 236-3137

John J. Bogdanski, Esq.
David S. Monastersky, Esq.
**Howd & Ludorf**
65 Wethersfield Avenue
Hartford, CT 06114
Tel.: (860) 249-1361
Fax: (860) 522-9549

## Counsel for Consumer Electronics Association and Electronic Industries Alliance

Peter J. Kadzik, Esq
R. Bruce Holcomb, Esq.
Gary Hoffman, Esq
Jorge Kotelanski, Esq.
**Dickstein Shapiro Morin
& Oshinsky**
2101 L Street, NW
Washington, DC 20037
Tel.: (202) 785-9700
Fax: (202) 887-0689

Jacqueline D. Bucar, Esq.
Ben Solnit, Esq.
Tim Jensen, Esq.
Peter Sachner, Esq.
**Tyler, Cooper & Alcorn LLP**
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Tel.: (203) 784-8200
Fax: (203) 865-7865

## Counsel for Mitsubishi Digital Electronics America

Vincent J. Belusko, Esq.
Eric Shih, Esq.
David Fehrman, Esq.
**Morrison & Foerster, LLP**
555 West Fifth Street
35th Floor
Los Angeles, CA 90013
Tel.: (213) 892-5200
Fax: (213) 892-5454

Les Weinstein, Esq.
**Squire, Sanders &
Dempsey, LLP**
801 South Figueroa Street
14th Floor
Los Angeles, CA 90017
Tel.: (213) 624-2500
Fax: (213) 623-4581/4590

Joe Clasen, Esq.
**Robinson & Cole**
695 East Main Street
P.O. Box 10305
Stamford, CT 06904
Tel.: (203) 462-7500
Fax: (203) 462-7599

Bradley S. Lui, Esq.
**Morrison & Foerster, LLP**
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, DC 20006

Robert S. McArthur, Esq.
**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7666
Facsimile: (415) 268-7522

## Counsel for Sharp Electronics Corporation

Robert W. Adams, Esq.
Mickey Gill, Esq.
**Nixon & Vanderhye P.C.**
1100 North Glebe Road
Arlington, VA 22201-4714
Tel.: (703) 816-4000
Fax: (703) 816-4100

William M. Bloss, Esq.
**Jacobs, Grudberg, Belt
Dow, P.C.**
350 Orange Street
P.O. Box 606
Tel.: (203) 772-3100 x 271
Fax: (203) 772-1691

By: /s/ Alinor C. Sterling
Alinor C. Sterling