# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

O4-1057 - SONY ELECTRONICS V SOUNDVIEW TECH

*FILED*

11/04/03
(Date of Docketing)

*Nov 10   3 30 PM '03*

*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

Appeal from DCT NO. 3:00-CV-00754

United States District Court / District of Connecticut

Name of appellant(s): SOUNDVIEW TECHNOLOGIES, INC.

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc:  USDC CT
Vincent J. Belusko
Richard L. DeLucia
Robert Walker Adams
Robert P. Greenspoon
Peter J. Kadzik

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

04-1057

SONY ELECTRONICS, INC. and SONY CORPORATION OF AMERICA,

Plaintiffs-Appellees,

and

MITSUBISHI DIGITAL ELECTRONICS AMERICA,

Plaintiff-Appellee,

and

SHARP ELECTRONICS CORPORATION
and TOSHIBA AMERICA CONSUMER PRODUCTS, INC.,

Plaintiffs-Appellees,

and

CONSUMER ELECTRONICS ASSOCIATION and ELECTRONIC INDUSTRIES ALLIANCE,

Plaintiffs-Appellees,

and

MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
PHILIPS ELECTRONICS NA CORP., and SAMSUNG ELECTRONICS AMERICA, INC.,

Plaintiffs,

v.

SOUNDVIEW TECHNOLOGIES, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Connecticut in consolidated case nos. 3:00-CV-00754, 3:00-CV-768, and 3:00-CV-981, Judge Janet B. Arterton.

## Authorized Abbreviated Caption[2]

SONY ELECTRONICS v SOUNDVIEW TECHNOLOGIES, 04-1057

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.