NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

FILED
AUG 16 2 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

04-1057

SONY ELECTRONICS, INC. and SONY CORPORATION OF AMERICA,
Plaintiffs-Appellees,
and
MITSUBISHI DIGITAL ELECTRONICS AMERICA,
Plaintiff-Appellee,
and
SHARP ELECTRONICS CORPORATION
and TOSHIBA AMERICA CONSUMER PRODUCTS, INC.,
Plaintiffs-Appellees,
and
CONSUMER ELECTRONICS ASSOCIATION
and ELECTRONICS INDUSTRIES ALLIANCE,
Plaintiffs-Appellees,
and
MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
PHILIPS ELECTRONICS NA CORP.,
and SAMSUNG ELECTRONICS AMERICA, INC.,
Plaintiffs,

v.

SOUNDVIEW TECHNOLOGIES, INC.,
Defendant-Appellant.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2004

JAN HORBALY
CLERK

## JUDGMENT

| | |
|---|---|
| ON APPEAL from the | United States District Court for the District of Connecticut |
| In CASE NO(S). | 3:00-CV-00754, 3:00-CV-768, and 3:00-CV-981 |

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:     <u>AFFIRMED</u>.  See Fed. Cir. R. 36

Per Curiam (NEWMAN, RADER, and BRYSON, <u>Circuit Judges</u>).

ENTERED BY ORDER OF THE COURT

DATED: August 11, 2004

Jan Horbaly, Clerk