NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

FILED
SEP 7  11:03 AM '04

04-1057

SONY ELECTRONICS, INC. and SONY CORPORATION OF AMERICA,
                                          Plaintiffs-Appellees,
and
MITSUBISHI DIGITAL ELECTRONICS AMERICA,
                                          Plaintiff-Appellee,
and
SHARP ELECTRONICS CORPORATION
and TOSHIBA AMERICA CONSUMER PRODUCTS, INC.,
                                          Plaintiffs-Appellees,
and
CONSUMER ELECTRONICS ASSOCIATION
and ELECTRONICS INDUSTRIES ALLIANCE,
                                          Plaintiffs-Appellees,
and
MATSUSHITA ELECTRIC CORPORATION OF AMERICA,
PHILIPS ELECTRONICS NA CORP.,
and SAMSUNG ELECTRONICS AMERICA, INC.,
                                          Plaintiffs,
v.

SOUNDVIEW TECHNOLOGIES, INC.,
                                          Defendant-Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Date: SEP 1, 2004
By: _____

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
AUG 1 1 2004
JAN HORBALY
CLERK

## JUDGMENT

ON APPEAL from the     United States District Court
                      for the District of Connecticut

In CASE NO(S).        3:00-CV-00754, 3:00-CV-768, and 3:00-CV-981

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:    AFFIRMED. See Fed. Cir. R. 36

Per Curiam (NEWMAN, RADER, and BRYSON, Circuit Judges).

ENTERED BY ORDER OF THE COURT

DATED: August 11, 2004

Jan Horbaly, Clerk

ISSUED AS A MANDATE: SEP - 1 2004

COSTS:
Filing fee ........................ $ —
Printing .......................... $ 1,180.48
Total ............................. $ 1,180.48