UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY | : |
| v | :  Civil Case No:  3:00CV754  JBA |
| SOUNDVIEW | : |

SUPPLEMENTAL
<u>NOTICE TO COUNSEL</u>

The Court has reviewed the file in this case to monitor the parties' compliance with Local Rule 38.  Local Rule 38 provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f).  Local Rule 38 further provides that, within 10 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

**Mandate from USCA was returned on  8/11/04, affirming the judgment of USDC.  Parties are directed to file a supplemental 26f report on or before October 15, 2004.**
Accordingly, it is hereby ordered that the parties must file a Form 26(f) report within **10 days** of the date of this order along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 38.  Failure to comply with this order may result in dismissal of the complaint on **OCTOBER 15, 2004.**

Dated at New Haven, Connecticut, on  October 5th, 2004.

KEVIN F. ROWE, Clerk

By _____/s/_____
     Deputy Clerk