UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SONY ELECTRONICS, INC., ET AL** :

**v.**                                          :        NO. 3:00cv754 (JBA)
                                                         LEAD
**SOUNDVIEW TECHNOLOGIES, INC.**  :

### SCHEDULING ORDER

Based on the parties' 26(f) Planning Reports, as modified by the Court, the following briefing schedule is ordered pursuant to Fed. R. Civ. P. 16(b):

1. Any dispositive motions or motions for attorney fees will be filed by 12/8/04. Sony has waived its 9th and 11th counterclaims.

2. Opposition will be filed by 12/29/04

3. Replies, if any, will be filed by 1/12/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    November    , 2004**