# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SONY ELECTRONICS, et al.** | : LEAD DOCKET NO. |
| | : 3:00CV754(JBA) |
| **Plaintiffs** | : |
| | : MEMBER CASE NOS.: |
| | : 3:00CV768(JBA) |
| | : 3:00CV981(JBA) |
| | : |
| **SOUNDVIEW TECHNOLOGIES** | : ALL CASES |
| | : |
| **Defendant** | : December 8, 2004 |

## NOTICE OF AMENDED APPEARANCE

Please note the following change of address for the below-signed attorney for the defendants Sharp Electronics Corporation and Toshiba Electronics Corporation.

    William M. Bloss, Esq.
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX: 203-368-3244
    Email: bbloss@koskoff.com

    _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder, P.C.
    350 Fairfield Avenue
    Bridgeport, CT 06604
    Tel:  203-336-4421
    FAX:  203-368-3244
    Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 8th day of December, 2004 to all counsel and pro se parties of record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004

_____
William M. Bloss