UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
**SONY ELECTRONICS, et al.** : LEAD DOCKET NO.
: 3:00CV754(JBA)
**Plaintiffs** :
: MEMBER CASE NOS.:
: 3:00CV768(JBA)
: 3:00CV981(JBA)
:
**SOUNDVIEW TECHNOLOGIES** : ALL CASES
:
**Defendant** : December 8, 2004
_____:

## NON-SOUNDVIEW PARTIES' MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL

The defendants Sharp Electronics Corporation and Toshiba Electronics Corporation, through undersigned counsel, and on behalf of the non-Soundview parties, move for permission to file documents under seal, pursuant to L. Civ. Rule 5(d)(1). The documents sought to be filed under seal are:

Exhibit 1: Memo from Elam to Kundert and Franz (August 29, 1994)

Exhibit 5: Letter from Gerald D. Hosier to Satoshi Usami (April 30, 1998)

Exhibit 6: Letter from Gerald D. Hosier to Nobyuki Akita (April 30, 1998)

Exhibit 7: Letter from Gerald D. Hosier to Akio Saga (April 30, 1998)

Exhibit 8: Letter from Gerald D. Hosier to K. Kuratain (April 30, 1998)

Exhibit 9: Deposition excerpts, David Schmidt (October 25, 2001)

Exhibit 10: Federal Communications Commission, In the Matter of Technical Requirements to Enable Blocking of Video Programming based on Program Ratings, ET Docket No. 97-206 (March 13, 1998)

Exhibit 12: Letter from Gerald D. Hosier to David Fehrman (July 2, 1999)

Exhibit 13: Email from David Schmidt (May 11, 1999)

Exhibit 16: Letter from Gerald D. Hosier to Jamie A. Siegel (September 8, 1999)

Exhibit 17: Letter from David Fehrman to Gerald D. Hosier (July 13, 1999)

Exhibit 18: Letter from Jamie A. Siegel to Gerald D. Hosier (November 9, 1998)

Exhibit 19: Letter from Jamie A. Siegel to Gerald D. Hosier (Jume 11, 1999)

NON-SOUNDVIEW PARTIES

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel:  203-336-4421
FAX:  203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 8th day of December, 2004 to all counsel and pro se parties of record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004

_____
William M. Bloss