## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

SONY ELECTRONICS, INC., et al.,

           *Plaintiffs*,

v.

SOUNDVIEW TECHNOLOGIES, INC.,

           *Defendant*.

Lead Docket No.:
3:00 CV00754 (JBA)
USDC/New Haven

Member Case Nos.:
3:00 CV 768 (JBA)
3:00 CV 981 (JBA)

ALL CASES

## NON-SOUNDVIEW
## PARTIES' MOTION FOR ATTORNEY FEES

December 8, 2004

Of Counsel:

Richard L. DeLucia
Richard S. Gresalfi
Elizabeth Gardner
KENYON & KENYON
One Broadway
New York, NY
Tel: 212-425-7200
Fax: 212-425-5288

Vincent J. Belusko
Robert S. McArthur
MORRISON & FOESTER LLP
555 W. Fifth Street
Los Angeles, CA 90013
Tel: 213-892-5200
Fax: 213-892-5454

Larry S. Nixon
Jeffry H. Nelson
Robert Adams
NIXON & VANDERHYE P.C.
1100 N. Glebe Road
Arlington, VA 22201
Tel: 703-816-4000
Fax: 703-816-4100

Peter J. Kadzik
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street NW
Washington, DC 20037-1526
Tel: 202-785-9700; Fax: 202-887-0689

William M. Bloss
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244

Jacqueline D. Bucar (CT01187)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, CT 06509
Tel: 203-784-8200
Fax: 203-789-2133

Brian E. Moran
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305
Tel: 203-462-7500
Fax:  203-462-7599

Attorneys for Plaintiff/Counterclaim
Defendants Sony Electronics Inc. and Sony
Corporation of America on behalf of all of
the Non-Soundview Parties.

## NON-SOUNDVIEW
## PARTIES' MOTION FOR ATTORNEY FEES

Pursuant to the Court's November 10, 2004 Scheduling Order (D.I. 470),[1] the Non-Soundview Parties (five television manufacturers and two industry associations)[2] respectfully move for an award of attorney fees. A supporting Memorandum and a proposed Order are attached.

The Non-Soundview Parties respectfully request that: this Court grant their motion and award reasonable attorneys fees in defending against Soundview's baseless infringement charge as well those incurred in connection with briefing and arguing the antitrust issue, the Non-Soundview Parties be granted leave to submit their proofs of the actual amounts of attorney fees incurred, and that a schedule be entered for submitting proof of the actual amounts of attorney fees incurred.

---

[1] "D.I. __" refers to the Court's Docket Index number for this case.
[2] The Non-Soundview Parties are Sony Corporation of America, Sony Electronics Inc., Mitsubishi Digital Electronics America, Inc., Sharp Electronics Corp., Toshiba America Consumer Products, Inc., the Consumer Electronics Association and the Electronic Industries Alliance.

December 8, 2004

Respectfully submitted,

Of Counsel:

By:    _____
           William M. Bloss

Richard L. DeLucia
Richard S. Gresalfi
Elizabeth A. Gardner
Thomas R. Makin
Kenyon & Kenyon
One Broadway
New York, NY
Tel: 212-425-7200
Fax: 212-425-5288

KOSKOFF, KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244

Jacqueline D. Bucar (CT01187)
TYLER COOPER & ALCORN
205 Church Street
New Haven, CT 06509
Tel: 203-784--8200
Fax: 203-789-2133

Vincent J. Belusko
Robert S. McArthur
MORRISON & FOERSTER LLP
555 W. Fifth Street
Los Angeles, CA 90013
Tel: 213-892-5200
Fax: 213-892-5454

Brian E. Moran
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
Stamford, CT 06904-2305
Tel: 203-462-7500
Fax:  203-462-7599

Larry S. Nixon
Jeffry H. Nelson
Robert Adams
NIXON & VANDERHYE P.C.
1100 N. Glebe Road
Arlington, VA 22201
Tel: 703-816-4000
Fax: 703-816-4100

Attorneys for Sony Electronics Inc. and
Sony Corporation of America and on
behalf of the Non-Soundview Parties

Peter J. Kadzik
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street NW
Washington, DC 20037-1526
Tel: 202-785-9700
Fax: 202-887-0689

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SONY ELECTRONICS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUNDVIEW TECHNOLOGIES, INC.,<br><br>*Defendant*. | Lead Docket No.:<br>3:00 CV00754 (JBA)<br>USDC/New Haven<br><br>Member Case Nos.:<br>3:00 CV 768 (JBA)<br>3:00 CV 981 (JBA)<br><br>ALL CASES |

## <u>PROPOSED ORDER</u>

Having considered the Non-Soundview Parties' Motion for Attorney Fees filed December 8, 2004 (DI. ____) and the response and reply thereto, and for the reasons stated in open court and/or the accompanying opinion;

IT IS HEREBY ORDERED THAT:

1.      The Non-Soundview Parties' Motion for Attorney Fees is GRANTED;

2.      Soundview and its attorneys shall reimburse the Non-Soundview Parties for their attorney fees and costs.

3.      Each of the Non-Soundview Parties shall have until ____2005 to file a summary of their claim of attorney fees and costs actually incurred in this Action and supporting proofs for their claim;

4.      Any response to the summary and proof of attorney fees shall be filed by Soundview by _____ 2005, and

     5.      Any reply shall be filed by the Non-Soundview Parties by _____ 2005.


Date:                                     _____
                                       Janet Arterton
                                       U.S. District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, to the parties listed below on this 8th day of December, 2004:

<u>Counsel for Soundview Technologies, Inc.</u>

| | |
|---|---|
| Raymond P. Niro, Esq. | John J. Bogdanski, Esq. |
| Robert P. Greenspoon, Esq. | Howd & Ludorf |
| Niro, Scavone, Haller & Niro | 65 Wethersfield Avenue |
| 181 West Madison Street, Suite 4600 | Hartford, CT 06114 |
| Chicago, Ill. | Fax: 860-522-9549 |
| Fax: 312-236-3137 | |

<u>Counsel for Consumer Electronics Association & Electronic Industries Alliance</u>

| | |
|---|---|
| Peter J. Kadzik, Esq. | Jacqueline D. Bucar, Esq. |
| Dickstein Shapiro Morin & Oshinsky | Tyler Cooper & Alcorn |
| 2101 L Street, NW | 205 Church Street |
| Washington, DC 20037 | New Haven, CT 06509 |

<u>Counsel for Mitsubishi Digital Electronics America</u>

| | |
|---|---|
| Vincent Belusko, Esq. | Joseph L. Clasen, Esq. |
| Morrison & Foerster LLP | Brian E. Moran, Esq. |
| 555 West Fifth Street, 35th Floor | Robinson & Cole, LLP |
| Los Angeles, CA 90013-1024 | 695 East Main Street |
| | P.O. Box 10305 |
| | Stamford, Connecticut 06904-2305 |

<u>Counsel for Sharp Electronic Corporation</u>

Robert W. Adams, Esq.                              Robert W. Adams, Esq.
U.S. Mickey Gill, Esq.                             Larry Nixon, Esq.
Nixon & Vanderhye, P.C.                            Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Flr.              1100 North Glebe Road, 8th Floor
Arlington, VA 22201-4714                           Arlington, Virginia 22201-4714

<u>Counsel for Sony Electronics, Inc.</u>

Jacqueline D. Bucar, Esq.                          Richard S. Gresalfi, Esq.
Tyler Cooper & Alcorn, LLP                         Richard I. Delucia, Esq.
205 Church Street                                  Elizabeth A. Gardner, Esq.
P.O. Box 1936                                      Kenyon & Kenyon
New Haven, CT  06509-1910                          One Broadway
                                                   New York, NY 10004

William M. Bloss
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email:  bbloss@koskoff.com