IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SONY ELECTRONICS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUNDVIEW TECHNOLOGIES, INC.,<br><br>*Defendant*. | Lead Docket No.:<br>3:00 CV00754 (JBA)<br>USDC/New Haven<br><br>Member Case Nos.:<br>3:00 CV 768 (JBA)<br>3:00 CV 981 (JBA)<br><br>ALL CASES |

**LIST OF EXHIBITS TO NON-SOUNDVIEW PARTIES' MOTION FOR ATTORNEY FEES**

Exh. 1 Elam Deposition Exhibit 10 (ELAM 01287-1293)

Exh. 2 Elam Deposition Transcript, pp. 70-71;

Exh. 3 Article "Patent Profiteers", IEEE Spectrum, pp. 38-43 (June 2004)

Exh. 4 Article: Schumacher-Rasmussen, "Studio Streaming: Sinister Purpose" EMediaLive (posted Sept. 29, 2004)

Exh 5 Hoiser Letter to Usami of Mitsubishi (4/30/98);

Exh 6 Hosier letter to Akita of Sony (also at Schmidt Depo. Exh. 100)(4/30/98)

Exh 7 Hoiser Letter to Saga of Toshiba (4/30/98)

Exh 8 Hoiser letter to Kuratani of Sharp (4/30/98)).

1

Exh. 9    Schmidt Depo. Transcript pages 362, 364-367, 388-89, 410-11, 415, 418, 539

Exh. 10   FCC Report and Order (March 12, 1998) Schmidt Depo. Exh. 76

Exh. 11   Log of Soundview Privileged Documents, Leavy Depo. Exh. 32

Exh. 12   7/2/99 Hoiser Letter to Fehrman

Exh. 13   Email from Schmidt (May 11, 1999); Schmidt Depo. Exh. 80

Exh. 14   EIA-608 Standard (Sept. 20, 1994) Schmidt Depo. Exh. 67

Exh. 15   EIA- 744 Schmidt Depo. Exh. 68

Exh. 16   Hoiser letter to Siegel (September 8, 1999)

Exh. 17   Fehrman Letter to Hoiser (July 13, 1999)(HOS 00371-372)

Exh. 18   Siegel Letter to Hosier (November 9, 1998)(HOS 00350)

Exh. 19   Siegel Letter to Hosier (June 11, 1999 )(HOS 00378)

Exh 20    Nixon Letter to Hoiser (12/23/99)

Exh. 21   Adams Letter to Hosier (11/9/99)

Exh. 22   US Patent 4,554,584 ('584 patent)

Exh. 23   Sony's Status Report (Oct. 10, 2002)

Exh. 24   Belusko letter to Niro (November 21, 2002)

Exh. 25   Niro letter to Belusko (November 26, 2002)

Exh. 26   Makin letter to Hosier (Nov. 22, 2004)

Exh   27       Cummings Depo. Transcript pages 4-8, 220-222, 231-232.

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 8, 2004 |  |
| Of Counsel: | By: _____<br>William M. Bloss |
| Richard L. DeLucia<br>Richard S. Gresalfi<br>Elizabeth A. Gardner<br>Thomas R. Makin<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY<br>Tel: 212-425-7200<br>Fax: 212-425-5288 | KOSKOFF, KOSKOFF & BIEDER<br>350 Fairfield Avenue<br>Bridgeport, Connecticut 06604<br>Tel: 203-336-4421<br>Fax: 203-368-3244<br><br>Jacqueline D. Bucar (CT01187)<br>TYLER COOPER & ALCORN<br>205 Church Street<br>New Haven, CT 06509<br>Tel: 203-784--8200<br>Fax: 203-789-2133 |
| Vincent J. Belusko<br>Robert S. McArthur<br>MORRISON & FOERSTER LLP<br>555 W. Fifth Street<br>Los Angeles, CA 90013<br>Tel: 213-892-5200<br>Fax: 213-892-5454 | Brian E. Moran<br>ROBINSON & COLE LLP<br>Financial Centre<br>695 East Main Street<br>Stamford, CT 06904-2305<br>Tel: 203-462-7500<br>Fax:  203-462-7599 |
| Larry S. Nixon<br>Jeffry H. Nelson<br>Robert Adams<br>NIXON & VANDERHYE P.C.<br>1100 N. Glebe Road<br>Arlington, VA 22201<br>Tel: 703-816-4000<br>Fax: 703-816-4100 | Attorneys for Sony Electronics Inc. and Sony Corporation of America and on behalf of the Non-Soundview Parties |
| Peter J. Kadzik<br>DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP<br>2101 L Street NW<br>Washington, DC 20037-1526<br>Tel: 202-785-9700<br>Fax: 202-887-0689 |  |

5

Case 3:00-cv-00754-JBA    Document 475    Filed 12/08/2004    Page 5 of 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, to the parties listed below on this 8th day of December, 2004:

Counsel for Soundview Technologies, Inc.
Raymond P. Niro, Esq.
Robert P. Greenspoon, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Ill.
Fax: 312-236-3137

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Fax: 860-522-9549

Counsel for Consumer Electronics Association & Electronic Industries Alliance
Peter J. Kadzik, Esq.
Dickstein Shapiro Morin & Oshinsky
2101 L Street, NW
Washington, DC 20037

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
New Haven, CT 06509

Counsel for Mitsubishi Digital Electronics America
Vincent Belusko, Esq.
Morrison & Foerster LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013-1024

Joseph L. Clasen, Esq.
Brian E. Moran, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305

Counsel for Sharp Electronic Corporation
Robert W. Adams, Esq.
U.S. Mickey Gill, Esq.
Nixon & Vanderhye, P.C.
1100 North Glebe Road, 8th Flr.
Arlington, VA 22201-4714

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Counsel for Sony Electronics, Inc.
Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Richard S. Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth A. Gardner, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004

William M. Bloss
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email:  bbloss@koskoff.com