UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONY ELECTRONICS, INC. et al., | ) | |
| | ) | LEAD DOCKET NO. |
| Plaintiffs, | ) | 3:00-CV-00754 (JBA) |
| | ) | U.S.D.C./New Haven |
| v. | ) | |
| | ) | MEMBER CASE NOS. |
| | ) | 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) | 3:00-CV-981 (JBA) |
| | ) | ALL CASES |
| Defendants. | ) | December 8, 2004 |

**RENEWAL OF SOUNDVIEW'S
MOTION FOR SUMMARY JUDGMENT AGAINST THE NON-
SOUNDVIEW PARTIES' INEQUITABLE CONDUCT AND FRAUD COUNTS**

Soundview Technologies, Inc. ("Soundview") respectfully renews its motion for summary judgment (Dkt. # 377) against the Non-Soundview Parties' inequitable conduct and fraud counts. The Court need not reach this motion if it grants Soundview's co-pending motion for dismissal of those counts under Rule 12(c), filed today. The co-pending dismissal motion points out that the Court now lacks subject matter jurisdiction over these defenses, and their dismissal is mandatory. In the unlikely event the Court determines otherwise, the renewed summary judgment motion points out that there are no genuine issues of material fact that Soundview and its predecessors did not commit fraud on the Patent Office, and did not engage in inequitable conduct.

If the Court takes up the renewed motion, it has been fully briefed. As presently advised, related docket numbers for all of the memoranda of law, exhibits and statements of fact are: Dkt. Nos. 381, 403, 404, 405, 406, 408, 419, 431, 432, 435 and 438. Upon request from chambers, Soundview will supply courtesy copies of all such materials.

Respectfully submitted,

SOUNDVIEW TECHNOLOGIES, INC.

---

John J. Bogdanski (ct06217)
David S. Monastersky (ct13319)
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
Fax: (860) 522-9549

Raymond P. Niro (ct18107)
John C. Janka (ct20463)
Robert P. Greenspoon (ct21736)
Paul C. Gibbons (ct18826)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **RENEWAL OF SOUNDVIEW'S MOTION FOR SUMMARY JUDGMENT AGAINST THE NON-SOUNDVIEW PARTIES' INEQUITABLE CONDUCT AND FRAUD COUNTS** was served upon lead counsel for the below listed parties by facsimile and first class mail (on all lead patent counsel) on December 8, 2004:

## SERVICE LIST

| Counsel for Consumer Electronics Association ||
| --- | --- |
| Counsel | Local Counsel |
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C. 20037<br>Tel: 202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |

| Counsel for Mitsubishi Digital Electronics America ||
|---|---|
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel:   213-892-5200<br>Fax:   213-892-5454 | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel:   203-462-7510<br>Fax:   203-461-7599 |
| Counsel for Sharp Electronics Corporation ||
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT   06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| Counsel for Toshiba America Consumer Products, Inc. ||
| Counsel | Local Counsel |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |

| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
|---|---|
| <u>IP</u><br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel: 212-425-7200<br>Fax: 212-425-5288<br>rdelucia@kenyon.com<br>egardner@kenyon.com<br><br><u>Antitrust</u><br>Richard M. Steuer<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Tel: 212-506-2500<br>Fax: 212-262-1910<br>rsteuer@mayerbrown.com | |