UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) |
| | ) LEAD DOCKET NO. |
| Plaintiffs, | ) 3:00-CV-00754 (JBA) |
| | ) U.S.D.C./New Haven |
| v. | ) |
| | ) MEMBER CASE NOS. |
| | ) 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) 3:00-CV-981 (JBA) |
| | ) ALL CASES |
| Defendants. | ) December 20, 2004 |

### UNOPPOSED MOTION TO EXTEND FILING DEADLINES

Defendant Soundview Technologies, Inc. ("Soundview") respectfully requests a two week extension of response and reply deadlines for all currently pending motions. Those motions include Soundview's Rule 12(c) motion to dismiss, and the Non-Soundview Parties' motion for attorney fees. Hence, the request applies bilaterally and extends upcoming deadlines for both sides.

Soundview sought consent of the Non-Soundview Parties through Sony counsel Richard Gresalfi, Esq., who has indicated the Non-Soundview Parties consent to this request.

The current deadlines and requested extensions are as follows:

| | Current | Requested Extension |
|---|---|---|
| Responses: | December 29, 2004 | **January 12, 2005** |
| Replies: | January 12, 2005 | **January 26, 2005** |

As good cause for this motion, Soundview submits that the current upcoming response deadline falls within the week between Christmas and New Years Day. Many key staff at Soundview's lead counsel's law firm are on vacation during this week. Soundview will be better able to provide the Court a complete and cogent response to the pending motion if the response due

date is extended by two weeks.

In view of the foregoing, Soundview respectfully requests the Court grant this unopposed motion.

Respectfully submitted,

SOUNDVIEW TECHNOLOGIES, INC.

*John J. Bogdanski*

John J. Bogdanski (ct06217)
David S. Monastersky (ct13319)
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
Fax: (860) 522-9549

Raymond P. Niro (ct18107)
John C. Janka (ct20463)
Robert P. Greenspoon (ct21736)
Paul C. Gibbons (ct18826)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **UNOPPOSED MOTION TO EXTEND FILING DEADLINES** was served upon lead counsel for the below listed parties by facsimile and first class mail (on all lead patent counsel) on December 20, 2004:

_____
John J. Bogdanski

## SERVICE LIST

| Counsel for Consumer Electronics Association | |
|---|---|
| <u>Counsel</u> | <u>Local Counsel</u> |
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C. 20037<br>Tel: 202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | <u>Connecticut</u><br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |
| **Counsel for Mitsubishi Digital Electronics America** | |
| <u>Counsel</u> | <u>Local Counsel</u> |
| <u>Patent Infringement</u><br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024 | <u>Connecticut</u><br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305 |

| | |
|---|---|
| Tel:   213-892-5200<br>Fax:   213-892-5454 | Stamford, CT 06901<br>Tel:   203-462-7510<br>Fax:   203-461-7599 |
| **Counsel for Sharp Electronics Corporation** ||
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT  06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Toshiba America Consumer Products, Inc.** ||
| Counsel | Local Counsel |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |
| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
| IP<br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel:   212-425-7200<br>Fax:   212-425-5288<br>rdelucia@kenyon.com<br>egardner@kenyon.com | |

| | |
|---|---|
| <u>Antitrust</u><br>Richard M. Steuer<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Tel: 212-506-2500<br>Fax: 212-262-1910<br>rsteuer@mayerbrown.com | |