**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SONY ELECTRONICS, INC., ET AL :

v.                        :    NO. 3:00cv754 (JBA)
                               LEAD
SOUNDVIEW TECHNOLOGIES, INC.  :

**ENDORSEMENT ORDER [DOC. #479]**

Motion for Extension of Time [doc. #479] is GRANTED, absent objection, to and including 1/12/05 and 1/26/05, respectively.


IT IS SO ORDERED.


_____
                              Janet Bond Arterton, U.S.D.J.
_____


Dated at New Haven, Connecticut:   **December  , 2004**