**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  |  |
|---|---|
| SONY ELECTRONICS, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| | : |
| | : |
| | : |
| SOUNDVIEW TECHNOLOGIES | : |
| | : |
| Defendant | : |

_____:

: **LEAD DOCKET NO.**
: **3:00CV754(JBA)**

: **MEMBER CASE NOS.:**
: **3:00CV768(JBA)**
: **3:00CV981(JBA)**

: **ALL CASES**

: **January 12, 2005**

## NOTICE OF MANUAL FILING

Please take notice that the defendants Non-Soundview Parties have manually filed

Exhibits 1 through 3 to their Response to Soundview's Renewed Motion for Summary Judgment

and Rule 12(c) Motion to Dismiss.

These exhibits have been manually served on all parties.

THE NON-SOUNDVIEW PARTIES

By _____
        William M. Bloss
        Federal Bar No. ct01008
        Koskoff Koskoff & Bieder, P.C.
        350 Fairfield Avenue
        Bridgeport, CT 06604
        Tel:  203-336-4421
        FAX:  203-368-3244
        Email: bbloss@koskoff.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this

12th day of January, 2005, to all counsel and pro se parties of record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004

_____
William M. Bloss