UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONY ELECTRONICS, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | LEAD DOCKET NO. |
| | ) | 3:00-CV-00754 (JBA) |
| | ) | U.S.D.C./New Haven |
| SOUNDVIEW TECHNOLOGIES, INC., | ) | |
| et al., | ) | |
| | ) | ALL CASES |
| Defendants. | ) | |

## NOTICE OF MANUAL FILING

Please take notice that the defendant has manually filed the following exhibits

to the defendant's OIpposition to the Sony Parties' Motion for Attorney Fees dated

January 12, 2005.

EXHIBIT A - filed under Seal

EXHIBIT B - filed under Seal

EXHIBIT C - filed under Seal

EXHIBIT D - EIA/CEMA Lists of Patents

EXHIBIT E - Portions of Transcript of Oral Argument on Summary Judgment
Motion (April 10, 2002)

EXHIBIT F - Special Master's Final Report and Recommendation on Claim
Construction (July 9, 2001)

EXHIBIT G - Series of Threatening Letters by Sony

EXHIBIT H - Series of Soundview's Responses to Sony's Threatening Letters

EXHIBIT I - Order of Stay Pending Appeal (September 25, 2003)

EXHIBIT J - TechSearch v. Intel, Case No. C 98-03484 WHA (December 17, 2002)

EXHIBIT K - McGraw-Hill Dictionary of Scientific and Technical Terms definition of "line"

EXHIBIT L - Webster's Ninth New Collegiate Dictionary definition of "separate"

EXHIBIT M - U.S. Patent -- Elam

EXHIBIT N - filed under Seal

EXHIBIT O - Examiner's rejections

EXHIBIT P - U.S. Patent -- Keiser

EXHIBIT Q - U.S. Patent -- Chard

EXHIBIT R - Portions of Video Deposition of Carl M. Elam (July 21, 2001)

EXHIBIT S - Portions of Continued Videotape Deposition of David Schmidt (October 25, 2001)

EXHIBIT T - Portions of Soundview's Supplemental Responses to EIA's First Set of Interrogatories

EXHIBIT U - Declaration of Eugene M. Cummings (January 10, 2005)

EXHIBIT V - Soundview's Letter to Toshiba (September 29, 1999)

EXHIBIT W - Soundview's Letter to Sharp (September 29, 1999)

EXHIBIT X - Portions of Soundview's Claim Construction Brief (June 24, 2004)

EXHIBIT Y - Portions of Sony Parties' Refusal

EXHIBIT Z - Scheduling Order and Endorsement Order (Doc. ##377, 378, 382 & 386) (September 26, 2002)

EXHIBIT AA - filed under Seal

EXHIBIT BB - Transcript of Status Conference (October 16, 2002)

EXHIBIT CC - Ruling on Motion to Compel EIA/CEA to Produce Meeting Documentation (August 16, 2001)

EXHIBIT DD - Ruling on Motion to ompel EIA/CEA to Produce Documents Improperly Withheld Under a Claim of Attorney-Client/Work Product Privilege (August 16, 2001)

EXHIBIT EE - Ruling on Soundview's Motion to Compel, and on Toshiba's Cross-Motion for Bifurcation or Stay of Willfulness Discovery (November 6, 2001)

EXHIBIT FF - Ruling on Soundview's Motion to Compel Further Document Production and Testimony of Sony's Rule 30(b)(6) Witness (February 5, 2002)

EXHIBIT GG - Soundview's Response (December 3, 2004)

EXHIBIT HH - Soundview's Response (December 21, 2004)

EXHIBIT II - Exhibit II -- Special Master's Rejection of Sony Parties' Agreement

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

SOUNDVIEW TECHNOLOGIES, INC.

By_____/s/ David S. Monastersky___
  John J. Bogdanski (ct06217)
  David S. Monastersky (ct13319)
  Howd & Ludorf, LLC
  65 Wethersfield Avenue
  Hartford, Connecticut 06114
  (860) 249-1361
  Fax: (860) 522-9549

Raymond P. Niro (ct18107)
John C. Janka (ct20463)
Robert P. Greenspoon (ct21736)
Paul C. Gibbons (ct18826)
NIRO, SCAVONE, HALLER AND NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing was served upon lead counsel for the below listed parties by first class mail on the 12th day of January, 2005:

_____/s/ David S. Monastersky_____
John J. Bogdanski
David S. Monastersky

## SERVICE LIST

| Counsel for Consumer Electronics Association | |
|---|---|
| Counsel | Local Counsel |
| Kenneth W. Brothers<br>Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C. 20047<br>Tel: 202-775-4704 (Kadzik)<br>Fax: 202-887-0689<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>Fax: 202-887-0689<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner) |

| | sachner@tylercooper.com |
|---|---|
| **Counsel for Matsushita Electric Corporation of America** ||
| Counsel | Local Counsel |
| Morton Amster<br>Mike Berger<br>Joe Casino<br>John S. Economou<br>Abraham Kasdan<br>Amster, Rothstein & Ebenstein<br>90 Park Avenue<br>New York, New York 10016<br>Tel: 212-697-5995<br>Fax: 212-286-0854<br>email: mamster@arelaw.com | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street<br>New Haven, Ct. 06511<br>Tel: 203-772-3100 (x 271)<br>Fax: 203-772-1691<br>Email: bbloss@jacobslaw.com |
| **Counsel for Mitsubishi Digital Electronics America** ||
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel: 213-892-5200<br>Fax: 213-892-5454<br><br>Antitrust<br>Les J. Weinstein<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Los Angeles, California 90017-5544<br>Tel: 213-624-2500<br>Fax: 213-623-4581/4590 | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel: 203-462-7510<br>Fax: 203-461-7599 |

6

| **Counsel for Sharp Electronics Corporation** | |
|---|---|
| Counsel | Local Counsel |
| Robert W.  Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA  22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M.  Bloss<br>Alinor C.  Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT  06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Soundview Technologies, Inc.** | |
| Counsel | |
| Eugene M. Cummings, Esquire<br>David M. Mundt, Esquire<br>Cook, Alex, McFarron, Manzo, Cummings<br>  & Mehler, Ltd.<br>200 West Adams<br>Chicago, IL  60603<br>Tel:  (312) 984-0144<br>Fax:  (312) 984-0146<br>email: ecummings@emcpc.com<br>        dmundt@emcpc.com | |

| Counsel for Toshiba America Consumer Products, Inc. | |
|---|---|
| Counsel | Local Counsel |
| Thomas G.  Gallatin<br>Latham & Watkins<br>885 Third Avenue<br>Suite 1100<br>New York, New York 10022-4802<br>Tel:   212-906-1200<br>Fax:   212-751-4864<br>Thomas.Gallatin@lw.com<br><br>Larry S.  Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | Connecticut<br>William M.  Bloss<br>Alinor C.  Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |

| Counsel for Sony Electronics, Inc.  and Sony Corporation of America | |
|---|---|
| IP<br>Richard I.  Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D.  Skucas<br>Jeffrey S.  Gerchuck<br>Thomas R. Makin, Esquire<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel:   212-425-7200<br>Fax:   212-425-5288<br>rdelucia@kenyon.com | Connecticut<br>Jacqueline D.  Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler, Cooper & Alcorn LLP<br>205 Church Street<br>P.O. Box 1936<br>New Haven, Ct.  06509-1910<br>Tel:   203-784-8200<br>Fax:   203-865-7865<br>bucar@tylercooper.com |

| | |
|---|---|
| egardner@kenyon.com<br><br>Antitrust<br>Ian S.  Linker<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022-3598<br>Tel:   212-836-8000<br>Fax:   212-836-8689<br>rsteuer@kayescholer.com<br><br>Mark S.  Popofsky<br>Kaye, Scholer, Fierman, Hays & Handler<br>The McPherson Bldg.<br>901 Fifteenth Street, N.W., Suite 1100<br>Washington, D.C.   20005-2327<br>Tel: 202-682-3500<br>Fax: 202-682-3580<br><br>Jaime A.  Siegel<br>In-House Counsel<br>Sony Corporation of America<br>Sony Electronics, Inc.<br>One Sony Drive<br>Park Ridge, New Jersey 07656<br>Tel:   201-930-7415<br>Fax: 201-930-6854 | Richard M. Steuer, Esquire<br>Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY  10019-5820 |