UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONY ELECTRONICS, INC., ET AL :

v.                              :   NO. 3:00cv754 (JBA)
                                    LEAD
SOUNDVIEW TECHNOLOGIES, INC.    :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

✔ - Settlement conference:

- Other:

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February 14, 2005**