UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**SONY ELECTRONICS, INC., ET AL** :

**v.**                          :   NO. 3:00cv754 (JBA)
                                    **LEAD**

**SOUNDVIEW TECHNOLOGIES, INC.** :

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 2/11/05, the following schedule is ordered:

1. The Sharp/Soundview parties' pre-trial memoranda will be filed 2/28/05.

2. The Sharp/Soundview inequitable conduct trial will commence 3/28/05, 8:30 a.m. - 2:00 p.m. to and including 3/29/05 in Courtroom Two.

3. The above schedule is subject to disposition of Soundview's Motion to Dismiss and Renewed Motion for Summary Judgment [Docs. ## 476, 478].

IT IS SO ORDERED.

                              /s/
                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   February 17, 2005**