## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

———————————————————————

| | |
|---|---|
| SONY ELECTRONICS, et al. | : LEAD DOCKET NO. |
| | : 3:00CV754(JBA) |
| **Plaintiffs** | : |
| | : MEMBER CASE NOS.: |
| | : 3:00CV768(JBA) |
| | : 3:00CV981(JBA) |
| | : |
| SOUNDVIEW TECHNOLOGIES | : ALL CASES |
| | : |
| **Defendant** | : February 28, 2005 |

———————————————————————

## SHARP ELECTRONICS CORPORATION
## WITNESS AND EXHIBIT LIST

**Witness List**

1.    By way of deposition videotapes and/or transcripts:

    a)    Mr. Carl Elam, inventor of the '584 patent in suit

    b)    Ms. Doris Hines, Soundview attorney

    c)    Mr. E. Robert Yoches, Soundview attorney

    d)    Mr. David Schmidt, Soundview officer and director

    e)    Mr. Dale Leavy, inventor of the '584 patent

2.    Live:

    a)    Mr. Robert Barnas, office manager, Nixon & Vanderhye, 1100 N. Glebe Road, Arlington, Va. 22124

3.      NOTE:  By agreement of counsel, the parties have agreed not to call any technical or legal experts.

4.      Sharp reserves the right to call rebuttal witnesses, either by live testimony or by use of deposition transcripts or video tape.

**Exhibit List**

1.      U.S. Patent No. 4,554,584 and reexamination certificate

2.      Reexamination file history for the '584 patent in suit

3.      Demonstrative exhibit showing the bottom portion of page 13, of the July 2, 1997 Response

4.      Demonstrative exhibit showing page 15, of the July 2, 1997 Response

5.      Demonstrative exhibit showing page 18, of the July 2, 1997 Response

6.      Demonstrative exhibit showing page 10, of the July 2, 1997 Response

7.      Demonstrative exhibit showing page 11, of the July 2, 1997 Response

8.      Demonstrative exhibit showing the top portion of page 13, of the July 2, 1997 Response

9.      Transcript and/or videotape portions of the deposition of Mr. Carl Elam, namely:

> page 8 line 22 to page 9 line 4
> page 79 line 22 to page 80 line 7
> page 81 line 19 to page 82 line 19
> page 83 line 1 to page 86 line 17
> page 125 line 1 to line 18
> page 125 line 22 to page 9 line 4
> page 126 line 15 to line 21
> page 201 line 15 to line 19
> page 218 line 1 to page 220 line 22
> page 224 line 3 to line 19
> page 227 line 1 to page 228 line 19
> page 230 line 14 to line 18

page 236 line 10 to line 17
page 266 line 14 to line 17
page 272 line 11 to line 16
page 274 line 13 to page 275 line 16
page 275 line 17 to page 279 line 3
page 290 line 15 to page 295 line 15
page 297 line 3 to line 15
page 302 line 1 to line 17
page 303 line 7 to line 12
page 304 line 1 to line 8
page 305 line 13 to line 15
page 306 line 13 to page 307 line 13
page 311 line 13 to page 312 line 8
page 327 line 14 to page 328 line 20
page 332 line 17 to page 333 line 8
page 358 line 6 to line 13
page 364 line 2 to line 14
page 392 line 21 to page 400 line 5
page 487 line 13 to page 489 line 9
page 498 line 5 to page 500 line 19
page 505 line 21 to page 507 line 20
page 530 line 9 to line 13
page 532 line 21 to page 533 line 10
page 548 line 12 to page 550 line 22
page 551 line 1 to line 17
page 552 line 6 to line 16
page 553 line 2 to page 554 line 9

10.    Demonstrative exhibit showing pages 507 and 551, of the Elam deposition

11.    Demonstrative exhibit showing page 2 of the USPTO reasons for patentability

12.    Transcript and/or videotape portions of the deposition of Ms. Doris Hines, namely:

page 7 line 17 to page 8 line 4
page 19 line 14 to line 19
page 20 line 9 to line 16
page 23 line 2 to line 5
page 28 line 14 to line 18

        page 60 line 11 to page 61 line 9
        page 61 line 20 to page 62 line 19
        page 64 line 6 to line 20
        page 65 line 4 to page 66 line 10
        page 67 line 18 to page 69 line 12
        page 71 line 6 to page 72 line 15
        page 76 line 13 to page 78 line 11
        page 87 line 5 to page 93 line 6
        page 113 line 12 to page 114 line 18
        page 116 line 3 to page 117 line 18
        page 127 line 15 to page 129 line 10
        page 133 line 18 to page 135 line 19
        page 154 line 16 to page 156 line 19
        page 161 line 9 to page 163 line 2

13.     Transcript and/or videotape portions of the deposition of Mr. E. Robert Yoches, namely:

        page 8 line 2 to line 21
        page 12 line 1 to line 7
        page 18 line 4 to line 13
        page 80 line 1 to page 81 line 15

14.     Transcript and/or videotape portions of the deposition of Mr. David Schmidt, namely:

        page 3 line 7 to line 15
        page 23 line 14 to page 24 line 22
        page 45 line 6 to page 47 line 4
        page 48 line 17 to page 49 line 19
        page 66 line 8 to line 17
        page 70 line 7 to page 71 line 10
        page 73 line 10 to page 74 line 5
        page 76 line 9 to page 79 line 14
        page 94 line 21 to line 24
        page 97 line 10 to line 13
        page 110 line 4 to page 111 line 22
        page 127 line 12 to page 129 line 13
        page 171 line 10 to page 172 line 3
        page 204 line 24 to page 210 line 7
        page 215 line 9 to line 20

                    page 224 line 24 to page 225 line 10
                    page 226 line 4 to line 11
                    page 227 line 17 to line 23
                    page 234 line 4 to line 22
                    page 236 line 13 to line 24
                    page 254 line 17 to line 20
                    page 292 line 13 to page 293 line 22

15.     Relevant portion of CFR Rules 56, 131 and 555 (applicable in 1997)

16.     Soundview's Local Rule 9(C)1 Statement in Support of its Motion for Summary Judgment Against the Non-Soundview Parties' Inequitable Conduct and Fraud Counts (served February 7, 2002)

17.     6/26/97 facsimile from Eugene Cummings, Esq. to Dave Schmidt with attachments (previously marked, for example, as Hines Dep. Ex. 8)

18.     Opinion letter from Doris Hines, Esq, to H. Lee Browne, dated June 6, 1997 (previously marked, for example, as Schmidt Dep. Ex. 60)

19.     Letter and enclosed petition from Carl Elam to the FCC dated 2 July 1983 (previously marked, for example, as Elam Dep. Ex. 9)

20.     Nixon & Vanderhye invoice records for 790-931 and 790-1139 from beginning of Soundview litigation through August 31, 2004 and Sharp payment records from beginning of litigation to date (NOTE: Sharp reserves the right to supplement these records through the completion of trial)

21.     2003 AIPLA Report of the Economic Survey

22.     Transcript and/or videotape portions of the deposition of Mr. Dale Leavy, namely:

                    page 5 line 7 to line 16
                    page 51 line 8 to page 54 line 18
                    page 134 line 15 to page 141 line 9
                    page 166 line 16 to page 167 line 2
                    page 184 line 20 to page 185 line 23

NOTE:  Sharp reserves the right to cross-designate portions of any deposition taken in this case in response to designations by Soundview.  In addition, Sharp expressly reserves the right to use other exhibits during the redirect, cross-examination and rebuttal portions of the trial.

SHARP ELECTRONICS CORPORATION
TOSHIBA ELECTRONICS CORPORATION

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel:  203-336-4421
FAX:  203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this

28th day of March, 2005, to all counsel and pro se parties of record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004

_____
William M. Bloss