UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., ) | |
| ) | LEAD DOCKET NO. |
| Plaintiffs, ) | 3:00-CV-00754 (JBA) |
| ) | U.S.D.C./New Haven |
| v. ) | |
| ) | MEMBER CASE NOS. |
| ) | 3:00-CV-768 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., ) | 3:00-CV-981 (JBA) |
| ) | ALL CASES |
| Defendants. ) | February 28, 2005 |

**SOUNDVIEW'S RULE 26(a)(3)
DISCLOSURES FOR INEQUITABLE CONDUCT TRIAL**

Soundview respectfully submits its Rule 26(a)(3) disclosures for the inequitable conduct trial, presently set for March 27-28.  To summarize:

• Soundview believes the Court lacks subject matter jurisdiction to try inequitable conduct, for any purpose, since the Soundview patent has been adjudged non-infringed, and is now expired.

• Only Sharp, of all the non-Soundview parties, has elected to proceed with this defense, but Sharp never pled inequitable conduct, and never pled it with particularity as required under Fed.R.Civ.P. 9(b).  All non-Sharp parties have waived the inequitable conduct defense.

• Sharp also waived any claim for attorney fees under § 285 of the Patent Act based upon alleged inequitable conduct, since it did not include any proof within its previous § 285 motion filed by the Court-set deadline for attorney fee motions of December 9, 2004.

• Soundview has renewed its summary judgment motion of no inequitable conduct, and the Court has not yet ruled on it.

By submitting this Rule 26(a)(3) disclosure, Soundview does not waive any rights, including the right to seek mandamus from the Court of Appeals.

The Court required Soundview and Sharp to submit simultaneous versions, even though Sharp bears the burden of proof on the defense by clear and convincing evidence. Soundview, accordingly, reserves the right to argue the inadmissibility of any document included on its own exhibit list.

Further, by letter dated February 25, 2005 (copy attached), Sharp has confirmed that it will not pursue the following theories that other non-Soundview parties had previously asserted: that the Campbell reference was allegedly "buried" deceptively and that Soundview's remarks to the Examiner concerning "non-interference" and distinguishing the Keiser reference were allegedly misleading.  Soundview has relied upon Sharp's representation that, at most, it will only pursue theories that the Rule 131 declaration was allegedly false and that the Resolution and/or Petition to the FCC were allegedly deceptively withheld.

Subject to the foregoing objections, Soundview submits its Rule 26(a)(3) disclosure as follows.

**A.**      **Witnesses**

    **1.**      **On The Alleged Inequitable Conduct Defense**

Live:

    Gene Cummings (will call)

Live or by deposition:

    Dave Schmidt (will call)

    Carl Elam (will call)

    Dori Hines (will call)

    Bob Yoches (will call)

    **2.**    **On The Alleged Reasonableness And Necessity of Sharp's Attorney Fees**

Live:

    Bob Adams (will call)

    Micky Gill (will call)

    Mr. Barnas (will call)

**B.**    **Documents And Other Exhibits**

| DX No. | Date | Identification | Description |
|---|---|---|---|
| 1 | | | '584 Patent, reexam certificate |
| 2 | | | Original file history |
| 3 | | | Reexam file history |
| 4 | | | Sharp counterclaims |
| 5 | | | Non-Soundview parties' October 2004 Status Report |
| 6 | | | Sharp interrogatory answers |
| 7 | | | February 25, 2005 letter from Bob Adams to Robert Greenspoon re Sharp contentions |
| 8 | | | Special Master's Final Report and Recommendation on Claim Construction |
| 9 | | | Keiser, U.S. Patent No. 4,390,901 |
| 10 | | | Chard, U.S. Patent No. 4,605,964 |
| 11 | | | 1982 Telecaption Decoder Training Manual |

| DX No. | Date | Identification | Description |
|---|---|---|---|
| 12 | | | Demonstrative comparing content of '584 patent Tables I and II with code grid (Figs. 13, 14) in Telecaption Decoder Training Manual |
| 13 | | | Rule 131 Declaration by Elam and Leavy, with exhibits |
| 14 | | | 37 CFR 1.131 |
| 15 | | | 37 CFR 1.56 |
| 16 | | | 37 CFR 1.555 |
| 17 | | SVW10892-95 | June 6, 1997 Letter from Dori Hines to H. Lee Browne |
| 18 | | | Demonstrative showing legal standards for inequitable conduct |
| 19 | | | Demonstrative showing timeline of Elam/Leavy work |
| 20 | | | Demonstrative explaining how Elam/Leavy embodiment worked |
| 21 | | | Demonstrative explaining how Elam/Leavy tested their May 1982 prototype |
| 22 | | | Physical: Elam/Leavy 1982 prototype television |
| 23 | | | Photographs / Video taken by Non-Soundview parties of Elam/Leavy 1982 prototype television |
| 24 | | | Demonstrative showing Sharp waived inequitable conduct defense |
| 25 | | | Demonstrative showing no subject matter jurisdiction over inequitable conduct defense |
| 26 | | | Demonstrative showing unreasonableness of Sharp attorney fees |
| 27 | | | Demonstrative showing all legal theories Sharp presented and lost |

| DX No. | Date | Identification | Description |
|---|---|---|---|
| 28 | | | MPEP Section 715, regarding Rule 131 Declarations |
| 29 | | | Demonstrative re law of conception, reduction to practice, diligence |
| 30 | | | Demonstrative showing support in the patent and file history for meaning of "non-interference" with closed captioning |
| 31 | | | Non-Soundview Parties' Rule 9(c)(1) / 9(c)(2) statement in opposition to Soundview's summary judgment motion of no inequitable conduct or fraud |
| 32 | | | Non-Soundview Parties' brief in opposition to Soundview's summary judgment motion of no inequitable conduct or fraud |
| 33 | | | Demonstrative showing cumulativity of petition / resolution |

Respectfully submitted,

SOUNDVIEW TECHNOLOGIES, INC.


/s/ David Monastersky
John J. Bogdanski (ct06217)
David S. Monastersky (ct13319)
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
Fax: (860) 522-9549

Raymond P. Niro (ct18107)
John C. Janka (ct20463)
Robert P. Greenspoon (ct21736)
Paul C. Gibbons (ct18826)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

Phone: (312) 236-0733

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **SOUNDVIEW'S RULE 26(a)(3) DISCLOSURES FOR INEQUITABLE CONDUCT TRIAL** was served upon counsel for the below listed parties by overnight delivery on February 28, 2005:

/s/ David Monastersky

## SERVICE LIST

| **Counsel for Consumer Electronics Association** ||
| Counsel | Local Counsel |
|---|---|
| Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Kenneth W. Brothers<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C.  20037<br>Tel:  202-785-9700<br>Fax: 202-887-0689<br><br>Tel: 202-775-4704 (Kadzik)<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit)<br>solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |

| **Counsel for Mitsubishi Digital Electronics America** ||
| Counsel | Local Counsel |
|---|---|
| <u>Patent Infringement</u><br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel:    213-892-5200<br>Fax:   213-892-5454 | <u>Connecticut</u><br>Joseph L. Clasen<br>James M. Ruel<br>David J. Burke<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel:    203-462-7510<br>Fax:    203-461-7599 |
| **Counsel for Sharp Electronics Corporation** ||
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | <u>Connecticut</u><br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT   06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Toshiba America Consumer Products, Inc.** ||
| Counsel | Local Counsel |
| Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | <u>Connecticut</u><br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |

| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
|---|---|
| <u>IP</u><br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel:   212-425-7200<br>Fax:   212-425-5288<br>rdelucia@kenyon.com<br>egardner@kenyon.com<br><br><u>Antitrust</u><br>Richard M. Steuer<br>Ian S. Linker<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022-3598<br>Tel:   212-836-8000<br>Fax:   212-836-8689<br>rsteuer@kayescholer.com<br><br>Mark S. Popofsky<br>Kaye, Scholer, Fierman, Hays & Handler<br>The McPherson Bldg.<br>901 Fifteenth Street, N.W., Suite 1100<br>Washington, D.C.   20005-2327<br>Tel: 202-682-3500<br>Fax: 202-682-3580<br><br>Jaime A. Siegel<br>In-House Counsel<br>Sony Corporation of America<br>Sony Electronics, Inc.<br>One Sony Drive<br>Park Ridge, New Jersey 07656<br>Tel:   201-930-7415<br>Fax: 201-930-6854 | <u>Connecticut</u><br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler, Cooper & Alcorn LLP<br>205 Church Street<br>P.O. Box 1936<br>New Haven, Ct.   06509-1910<br>Tel:   203-784-8200<br>Fax:   203-865-7865<br>bucar@tylercooper.com |