UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONY ELECTRONICS, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | LEAD DOCKET NO. |
| | ) | 3 :00-C V-00754 (JBA) |
| | ) | U.S.D.C./New Haven |
| SOUNDVIEW TECHNOLOGIES, INC., et al. | ) | |
| | ) | ALL CASES |
| Defendant | ) | |
| | ) | |

**MOTION FOR RECONSIDERATION OF RULING ON
SOUNDVIEW'S MOTION TO DISMISS ALL PENDING COUNTERCLAIMS OF
THE NON-SOUNDVIEW PARTIES**

Sharp Electronics Corporation (Sharp) requests pursuant to Local Rule of Civil

Procedure 7(c) that the Court reconsider this Court's Ruling, filed March 7, 2005, granting

Soundview Technology, Inc.'s (Soundview) motion to dismiss Sharp's pending Section 285

counterclaim [Doc. 476].  Sharp respectfully believes that the Ruling contains clear errors of

law that should be reconsidered, for the reasons set forth in the attached memorandum.

SHARP ELECTRONICS CORP.


By: _____
William M. Bloss,
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel:  (203) 336-4421
FAX:  (203) 368-3244

908986

By:_____

    Robert W. Adams
    Updeep S. Gill
    NIXON & VANDERHYE PC
    1100 North Glebe Road. 8th Flr.
    Arlington, VA 22201
    (703) 816-4000

908986

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Reconsideration has been

mailed, postage prepaid, on this 16th day of March, 2005 to all counsel of record for the non-

Soundview parties and that it served counsel for Soundview by FedEx:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robison & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT  06904-2305

Raymond Niro, Esq.    (VIA FEDEX)
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602

John J. Bogdanski, Esq.    (VIA FEDEX)
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Peter J. Kadzik, Esq.
Dickstein Shapiro Morin & Oshinsky
3101 L Street NW
Washington, DC  20037

Larry S. Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia  22201-4714

908986

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California  90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, New York  10004

_____
William M. Bloss

908986