UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SONY ELECTRONICS, INC. et al.,          )
                             Plaintiffs,          )
                                       )
           v.          ) LEAD DOCKET NO.
                                       ) 3:00-CV-00754 (JBA)
SOUNDVIEW TECHNOLOGIES, INC. et al.,     ) U.S.D.C./New Haven
                    Defendants.          ) ALL CASES

**MOTION TO ENTER STIPULATION OF DISMISSAL WITH
PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION**

Counterclaim defendant Toshiba America Consumer Products, Inc., ("Toshiba") hereby moves that the Court enter as a stipulation and agreement pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the attached stipulation that all claims by and against Toshiba and counterclaim plaintiff Soundview Technologies, Inc., be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees.  As part of this dismissal, Toshiba America Consumer Products, Inc. hereby withdraws its motion seeking an award of attorney fees.

                                    _____

William M.  Bloss
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
203-336-4421

Larry S.  Nixon
Nixon & Vanderhye, PC
1100 North Glebe Road
Arlington, VA   22201-4714
Tel:  703-816-4000
*Attorneys for Toshiba America
Consumer Products, Inc.*

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage

prepaid, on this 23rd day of March, 2005 to all counsel and pro se parties of

record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004


_____
                    William M. Bloss