UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., </br></br> Plaintiffs, </br></br> v. </br></br> SOUNDVIEW TECHNOLOGIES, INC. et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) LEAD DOCKET NO. </br> ) 3:00-CV-00754 (JBA) </br> ) U.S.D.C./New Haven </br> ) </br> ) ALL CASES </br> ) </br> ) MARCH 29, 2005 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION

Counterclaim plaintiff Soundview Technologies, Inc. and plaintiff/counterclaim defendants Sony Electronics, Inc. and Sony Corporation of America (collectively, "Sony"), by their respective counsel of record, stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that all claims against each other be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, Sony hereby withdraws its motion seeking an award of attorney fees.

STIPULATED AND AGREED TO:

_/s/ John J. Bogdanski_

John J. Bogdanski (CT 06217)
David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361

Raymond P. Niro
John C. Janka
Robert P. Greenspoon

_/s/ Jacqueline D. Bucar_

Jacqueline D. Bucar (CT 01187)
Tyler Cooper & Alcorn
205 Church Street
New Haven, Connecticut 06509
Tel: 203-784-8200

Richard Gresalfi
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004

Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
*Attorneys for Soundview Technologies, Inc.*

Tel:   212-425-7200
*Attorneys for Sony Electronics,
Inc. and Sony Corporation of
America*

**SO ORDERED:**

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed by first class mail, postage prepaid, upon each of the following on this 31st day of March, 2005.

### COUNSEL FOR SOUNDVIEW TECHNOLOGIES

Raymond P. Niro
John C. Janka
Robert P. Greenspoon
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski
David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

### COUNSEL FOR CONSUMER ELECTRONICS ASSOCIATION

Peter J. Kadzik
R. Bruce Holcomb
Gary Hoffman
Kenneth W. Brothers
Jorge Kotelanski
Dickenstein Shapiro Morin & Oshinsky
2101 L Street N.W.
Washington, DC  20037

## COUNSEL FOR TOSHIBA AMERICA CONSUMER PRODUCTS, INC.

Larry Nixon
Michael Shea
Jeff Nelson
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

William M. Bloss
Alinor C. Sterling
Jacobs, Grudbert, Belt & Down, P.C.
350 Orange Street, P.O. Box 606
New Haven, Connecticut 06503

## COUNSEL FOR SHARP ELECTRONICS

Larry Nixon
Michael Shea
Jeff Nelson
Robert W. Adams
U.S. Mickey Gill
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

William M. Bloss
Alinor C. Sterling
Jacobs, Grudbert, Belt & Down, P.C.
350 Orange Street, P.O. Box 606
New Haven, Connecticut 06503

## COUNSEL FOR MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

Vincent J. Belusko,
Eric Shih
Robert S. McArthur
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Joseph L. Clasen
James M. Ruel
David J. Burke
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305

## COUNSEL FOR SONY ELECTRONICS, INC. and SONY CORPORATION OF AMERICA

Richard I. Delucia
Richard Gresalfi
Elizabeth Gardner
Alex D. Skucas
Jeffrey S. Gerchuck
Thomas R. Makin
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004

_____
Jacqueline D. Bucar (CT 01187)