UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., Plaintiffs, | ) ) ) |
| v. | ) ) LEAD DOCKET NO. ) 3:00-CV-00754 (JBA) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., Defendants. | ) U.S.D.C./New Haven ) ALL CASES |

### MOTION TO ENTER STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION

Counterclaim defendant Toshiba America Consumer Products, Inc., ("Toshiba") hereby moves that the Court enter as a stipulation and agreement pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the attached stipulation that all claims by and against Toshiba and counterclaim plaintiff Soundview Technologies, Inc., be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, Toshiba America Consumer Products, Inc. hereby withdraws its motion seeking an award of attorney fees.

William M. Bloss
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
203-336-4421

Larry S. Nixon
Nixon & Vanderhye, PC
1100 North Glebe Road
Arlington, VA  22201-4714
Tel:  703-816-4000
*Attorneys for Toshiba America Consumer Products, Inc.*

Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Attorneys for Soundview Technologies, Inc.

Tel:  703-816-4000
Attorneys for Toshiba America
Consumer Products, Inc.

**SO ORDERED:**


United States District Judge 7/15/05