UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 MAR 31  P 12: 46

U.S.

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) LEAD DOCKET NO. |
| | )3:00-CV-00754 (JBA) |
| | )U.S.D.C./New Haven |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) |
| | )ALL CASES |
| Defendants. | )MARCH 29, 2005 |

## STIPULATION OF DISMISSAL WITH
## PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION

Counterclaim plaintiff Soundview Technologies, Inc. and plaintiff/counterclaim defendants Sony Electronics, Inc. and Sony Corporation of America (collectively, "Sony"), by their respective counsel of record, stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that all claims against each other be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, Sony hereby withdraws its motion seeking an award of attorney fees.

STIPULATED AND AGREED TO:

John J. Bogdanski (CT 06217)
David S. Monastersky
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361

Raymond P. Niro
John C. Janka
Robert P. Greenspoon

Jacqueline D. Bucar (CT 01187)
Tyler Cooper & Alcorn
205 Church Street
New Haven, Connecticut 06509
Tel: 203-784-8200

Richard Gresalfi
Kenyon & Kenyon LLP
One Broadway
New York, New York 10004

Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
*Attorneys for Soundview Technologies, Inc.*

Tel:   703-816-4000
*Attorneys for Toshiba America
Consumer Products, Inc.*

**SO ORDERED:**


United States District Judge