IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOUNDVIEW TECHNOLOGIES, INC.,<br><br>*Defendant*. | Lead Docket No.:<br>3:00 CV00754 (JBA)<br>USDC/New Haven<br><br>Member Case Nos.:<br>3:00 CV 768 (JBA)<br>3:00 CV 981 (JBA)<br><br>ALL CASES |

**AGREED MOTION OF TOSHIBA AMERICA CONSUMER PRODUCTS FOR SUBSTITUTION DOCUMENTS FILED WITH COURT AND RETURN OF A <u>CONFIDENTIAL DOCUMENT</u>**

Toshiba America Consumer Products Inc. ("Toshiba"), a former Non-Soundview Parties in this action, moves to retrieve from the Court's public record a confidential settlement agreement and to substitute in its place the stipulation of dismissal between Toshiba and Soundview. Counsel for Soundview consented to this motion. Attached is proposed order.

The signed stipulation of dismissal is attached as Exhibit A. The signed dismissal was to have been included with the motion to enter the dismissal filed by Toshiba on March 23, 2005. [Court Docket Index No. 499 – DI. 499]. The motion inadvertently

1

included the signed confidential settlement agreement between Toshiba and Soundview and an unsigned stipulation of dismissal. The settlement agreement first appeared on the Court's PACER docket record system when the motion to enter the dismissal was granted on July 17, 2005. [DI. 507, Part 2 Exhibit, and DI. 510, 511 (Docket Entry Corrections)].

This motion seeks to substitute the stipulation of dismissal for the settlement agreement and to retrieve the agreement from the court docket records. The signed stipulation of dismissal supports the motion for entry of the dismissal. However, the signed stipulation of dismissal is not currently available on the PACER docket system.

The settlement agreement is not relevant to the motion to enter the stipulation of dismissal and was not necessary to support the motion to enter the stipulation of dismissal. *See* FED. R. CIV. P. 41(a)(1). Further, the settlement agreement includes confidential financial information. Accordingly, the settlement agreement should be removed from the Court's records.

781913

For the foregoing reasons, it is respectfully requested that this motion be granted and the proposed order be entered.

Respectfully submitted,

_____
William M. Bloss
Koskoff, Koskoff & Bieder
  Howd & Ludorf
350 Fairfield Avenue
Bridgeport, CT 06604
Tel. 203-336-4421
E-mail: bbloss@koskoff.com

Larry S. Nixon
Nixon & Vanderhye, PC
901 North Glebe Road
Arlington, VA  22203
Tel: 703-816-4000
*Attorneys for Toshiba America Consumer Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SOUNDVIEW TECHNOLOGIES, INC.,<br><br>    *Defendant*. | Lead Docket No.:<br>3:00 CV00754 (JBA)<br>USDC/New Haven<br><br>Member Case Nos.:<br>3:00 CV 768 (JBA)<br>3:00 CV 981 (JBA)<br><br>ALL CASES |

**PROPOSED ORDER**

Having considered the agreed Motion of Toshiba America Consumer Products for Substitution Documents Filed with Court and Return of a Confidential Document filed July 27, 2005 (DI. ____),

IT IS HEREBY ORDERED THAT:

1. Toshiba's Motion is GRANTED.

2. The Stipulation of Dismissal included with the Motion shall be entered on the Court's records for this Action.

3. The Settlement and Release Agreement between Toshiba and Soundview shall be removed from the Court's records, including from Court Docket Index (DI.) 507, Part 2 Exhibit, and DI. 510, 511 (Docket Entry Corrections).

781913

Date: _____
                                                                               Janet Arterton
                                                                               U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid, to the parties listed below on this 27th day of July 2005:

Counsel for Soundview Technologies, Inc.

| | |
|---|---|
| Raymond P. Niro, Esq. | John J. Bogdanski, Esq. |
| Robert P. Greenspoon, Esq. | Howd & Ludorf |
| Niro, Scavone, Haller & Niro | 65 Wethersfield Avenue |
| 181 West Madison Street, Suite 4600 | Hartford, CT 06114 |
| Chicago, IL  60602 | |

Counsel for Consumer Electronics Association & Electronic Industries Alliance

| | |
|---|---|
| Peter J. Kadzik, Esq. | Jacqueline D. Bucar, Esq. |
| Dickstein Shapiro Morin & Oshinsky | Tyler Cooper & Alcorn |
| 2101 L Street, NW | 205 Church Street |
| Washington, DC 20037 | New Haven, CT 06509 |

Counsel for Mitsubishi Digital Electronics America

| | |
|---|---|
| Vincent Belusko, Esq. | Joseph L. Clasen, Esq. |
| Morrison & Foerster LLP | Brian E. Moran, Esq. |
| 555 West Fifth Street, 35th Floor | Robinson & Cole, LLP |
| Los Angeles, CA 90013-1024 | 695 East Main Street |
| | P.O. Box 10305 |
| | Stamford, Connecticut 06904-2305 |

781913

<u>Counsel for Sharp Electronic Corporation</u>
Robert W. Adams, Esq.
U.S. Mickey Gill, Esq.
Nixon & Vanderhye, P.C.
901 North Glebe Road, 11th Flr.
Arlington, VA 22203

_____
William M. Bloss

781913