# Nixon & Vanderhye P.C.

**ATTORNEYS AT LAW**



8TH FLOOR
1100 NORTH GLEBE ROAD
ARLINGTON, VIRGINIA 22201-4714

June 23, 2004

TELEPHONE: (703) 816-4000
FACSIMILE: (703) 816-4100
WRITER'S DIRECT DIAL NUMBER:
(703) 816-4022

**VIA FEDEX**

The Honorable Janet Bond Arterton
United States District Judge for
  the U.S. District Court
District of Connecticut
U.S. Courthouse
141 Church Street
New Haven, Connecticut  06510

        Subject:    *Soney, et al v. Soundview, et al*
                        Lead Docket No. 3:00-CV-00754 *(JBAl)*
                        Our Ref: 790-931

Dear Judge Arterton:

      Currently pending before Your Honor is a Motion for Reconsideration filed by Sharp in connection with the Ruling on Soundview's Motion to Dismiss, dated March 4, 2005 (Doc. #476). Attached is a recent decision by the Federal Circuit Court of Appeals in *Fort James Corp. v. Solo Cup Co.*, App. No. 04-1365 (June 22, 2005, Fed. Cir.).

      Sharp respectfully submits that this Federal Circuit decision is relevant to Sharp's pending motion for reconsideration. In that connection, the Court's attention is directed to pages 13-14 of the majority decision, as well as to footnotes 2 and 3 in the dissenting opinion. These statements directly address the issue of whether Sharp's claim for attorney's fees under Section 285 (based upon both bad faith litigation and inequitable conduct) is rendered moot by a decision finding no infringement.

                                            Respectfully submitted,

                                            NIXON & VANDERHYE P.C.

                                            By_____
                                                Robert W. Adams

RWA:srh
Encl.
cc:  All lead counsel by mail and facsimile

533358