UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, et al. : | LEAD DOCKET NO. |
| : | 3:00CV754(JBA) |
| **Plaintiffs** : | |
| : | MEMBER CASE NOS.: |
| : | 3:00CV768(JBA) |
| : | 3:00CV981(JBA) |
| SOUNDVIEW TECHNOLOGIES : | ALL CASES |
| : | |
| **Defendant** : | August 11, 2005 |

**SHARP ELECTRONICS CORP.'S DECLARATION IN SUPPORT
OF MOTION FOR ATTORNEYS FEES**

Pursuant to the Court's Order of July 12, 2005 instructing the non-Soundview parties to file their Section 1927 antitrust claim for attorneys fees and supporting documents, Sharp Electronics Corp. submits the declaration of Robert W. Adams and supporting invoices. These invoices relate solely to Sharp's Section 1927 antitrust attorney fee claims and do not relate to either (a) Sharp's Section 285 bad faith litigation claim for attorneys fees or (b) Sharp's Section 285 inequitable conduct claim for attorneys fees."

                      SHARP ELECTRONICS CORP.

                      By _____
                         William M. Bloss, ct01008
                         Koskoff Koskoff & Bieder, P.C.
                         350 Fairfield Avenue
                         Bridgeport, CT 06604
                         Tel: 203-336-4421, FAX: 203-368-3244
                         Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 11th day of August, 2005, to all counsel and pro se parties of record, as follows:

Jacqueline D. Bucar, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Brian E. Moran, Esq.
Joseph L. Clasen, Esq.
Robinson & Cole, LLP
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305

Raymond Niro, Esq.
Robert P. Greenspoon, Esq.
Niro Scavone Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

John J. Bogdanski, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Peter J. Kadzik, Esq.
Dickenstein Shapiro Morin & Oshinsky
3101 L Street N.W.
Washington, D.C. 20037

```
```
...
Robert W. Adams, Esq.
Larry Nixon, Esq.
Nixon & Vanderhye P.C.
1100 North Glebe Road, 8th Floor
Arlington, Virginia 22201-4714

Vincent J. Belusko, Esq.
Morrison & Foerster
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024

Richard Gresalfi, Esq.
Richard I. Delucia, Esq.
Elizabeth Gardner, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, N.Y. 10004

_____
William M. Bloss