UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Sony Electronics, Inc.,** : | |
| **et al.** : | |
| : | **Lead Docket** |
| **v.** : | **3:00cv754 (JBA)** |
| : | |
| **Soundview Technologies, Inc.** : | |

**Order [Doc. # 513]**

Toshiba America Consumer Products Inc.'s ("Toshiba") has moved to retrieve from the Court's public record a confidential settlement agreement, which was inadvertently submitted to the Court, and to substitute in its place the stipulation of dismissal between Toshiba and Soundview. Documents filed with the Clerk's Office become part of the official court record and cannot be removed or returned to counsel. The Court therefore construes Toshiba's request as a motion to seal, and the motion is granted to this extent. The Clerk is directed to seal the Settlement and Release Agreement between Toshiba and Soundview [Docs. ## 507, Part 2 Exhibit and Doc. # 511].

IT IS SO ORDERED.

/s/

_____   Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 10th day of August, 2005.**