521

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al.,<br>Plaintiffs,<br><br>v.<br><br>SOUNDVIEW TECHNOLOGIES, INC. et al.,<br>Defendants. | ) AUGUST 22, 2005<br>)<br>) LEAD DOCKET NO.<br>) 3:00-CV-00754 (JBA)<br>) U.S.D.C./New Haven<br>) ALL CASES<br>) |

### STIPULATION OF DISMISSAL WITH
### PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION

Counterclaim plaintiff Soundview Technologies, Inc. and counterclaim defendant Mitsubishi Digital Electronics America by their respective counsel of record, stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that all claims against each other be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, Mitsubishi hereby withdraws its motion seeking an award of attorney fees.

STIPULATED AND AGREED TO:

_____
John J. Bogdanski
David S. Monastersky
    Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361

Raymond P. Niro
John C. Janka
Robert P. Greenspoon
Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
*Attorneys for Soundview Technologies, Inc.*

_____
Brian E. Moran
Robinson & Cole LLP
695 East Main Street
Stamford, CT 06901
Tel:  203-462-7510

Vincent J. Belusko
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, California 90013
Tel:  213-892-5200
*Attorneys for Mitsubishi Digital Electronics America.*

SO ORDERED: _____
         United States District Judge    8/24/05