# EXHIBIT E

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
Writer's Direct Dial: (202) 775-4704
E-Mail Address: KadzikP@dsmo.com

July 29, 2005

Robert P. Greenspoon, Esq.
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602-4515

**FOR SETTLEMENT PURPOSE ONLY**
**PRIVILEGED AND CONFIDENTIAL**

Re: <u>Sony, et al. v. Soundview</u>

Dear Rob:

Thank you for your letter of July 20, 2005. We agree that resolving the fee issue short of further filings would be appropriate. We have reviewed our invoices after the Court's ruling of non-infringement on September 25, 2002 and determined that the fees incurred by our clients on the antitrust issues amounted to $31,079.09.

Attached are copies of our invoices reflecting the relevant entries. We would appreciate prompt payment of the above-referenced amount.

Sincerely,

Pete

Peter J. Kadzik

PJK/prb
Enclosures

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

DSMDB.1957678.1

**EXHIBIT**
**E**

| Month(s) of Service | Invoice # | Date of Invoice | Adjusted Amount(s) |
|---|---|---|---|
| 10/02 | 2063289 | 11/27/02 | $6,722.14 |
| 11/02 | 2064194 | 12/12/02 | $3,796.51 |
| 12/02 | 2067285 | 1/29/03 | $3,157.16 |
| 1/03-4/03 | 2075321 | 5/15/03 | $513.59 |
| 5/03-7/03 | 2082614 | 8/15/03 | $181.60 |
| 8/03 | 2085082 | 9/25/03 | $383.74 |
| 9/03 | 2086868 | 10/16/03 | $1,019.89 |
| 10/03 | 2089289 | 11/12/03 | $860.49 |
| 12/03 | 2093970 | 1/21/04 | $314.10 |
| 2/04 | 2099111 | 3/19/04 | $5,264.49 |
| 3/04 | 2100483 | 4/28/04 | $5,004.62 |
| 4/04 | 2104151 | 5/18/04 | $418.74 |
| 6/04 | 2108463 | 7/13/04 | $547.85 |
| 8/04 | 2113605 | 9/14/04 | $2,894.17 |
|  |  | TOTAL | $31,079.09 |

DSMDB.1958262.1