**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

SONY CORP. OF AMERICA
SONY ELECTRONICS
CONSUMER ELECTRONICS ASSOCIATION
ELECTRONIC INDUSTRIES ALLIANCE
MITSUBISHI DIGITAL ELECTRONICS AMERICA
SHARP ELECTRONICS CORP.,TOSHIBA
AMERICA CONSUMER PRODUCTS, INC.

                                      Civil No:   3:00cv754 JBA

v.

SOUNDVIEW TECHNOLOGIES, INC.

**SUPPLEMENTAL JUDGMENT AWARDING ATTORNEY'S FEES AND COSTS TO SHARP ELECTRONICS CORPORATION**

This matter came on for consideration on Sharp Electronics Corporation's submission in support of an award of attorneys fees and costs before the Honorable Janet Bond Arterton, United States District Judge.

On September 28, 2005, the Court entered a Ruling granting attorney fees and costs in the amount of $32,168.67 to Sharp Electronics Corporation. Mitsubishi Digital Electronics America, Consumer Electronics Association, Electronic Industries Alliance, Toshiba America Consumer Products and Sony Corp. Of America and Sony Electronics, Inc., withdrew their motions subsequent to filing and have stipulated to dismissal, with prejudice of all claims as to Soundview Technologies, Inc.

EOD_____

On October 1, 2003 a partial final judgment of non-infringement entered in favor of Sony Corp. Of America, Sony Electronics Inc., Mitsubishi Digital Electronics America, Sharp Electronics Corp., Toshiba America Consumer Products, Inc., the Consumer Electronics Association and Electronic Industries Alliance  and judgment entered in favor of the parties on Soundview's antitrust counterclaims as stated in the Order entering partial final judgment filed on September 26, 2003 .

It is therefore ORDERED and ADJUDGED that attorney fees and costs are awarded to Sharp Electronics Corporation in the amount of $32,168.67 and  the case is closed.

Dated at New Haven, Connecticut, this 28th day of September, 2005.

KEVIN F.  ROWE, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk