UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) AUGUST 22, 2005 |
| Plaintiffs, | ) |
| | ) LEAD DOCKET NO. |
| v. | ) 3:00-CV-00754 (JBA) |
| | ) U.S.D.C./New Haven |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) ALL CASES |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH
<u>PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION</u>**

Counterclaim plaintiff Soundview Technologies, Inc. and counterclaim defendant Consumer Electronics Association and Electronic Industries Alliance (collectively "the Associations") by their respective counsel of record, stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that all claims against each other be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, the Associations hereby withdraw their motion seeking an award of attorney fees.

STIPULATED AND AGREED TO:

| | |
|---|---|
| ____/s/ David S. Monastersky___ | ____/s/ Jacqueline D. Bucar___ |
| John J. Bogdanski | Jacqueline D. Bucar |
| David S. Monastersky | Tyler Cooper & Alcorn |
| Howd & Ludorf | 205 Church Street |
| 65 Wethersfield Avenue | New Haven, Connecticut 06509 |
| Hartford, Connecticut 06114 | Tel: 203-784-8200 |
| (860) 249-1361 | |
| | |
| Raymond P. Niro | Peter J. Kadzik |
| John C. Janka | Dickstein Shapiro Morin & Oshinsky |
| Robert P. Greenspoon | 2101 L Street, N.W. |
| Paul C. Gibbons | Washington, D.C.  20037 |
| Niro, Scavone, Haller & Niro | Tel:  202-785-9700 |
| 181 West Madison, Suite 4600 | *Attorneys for Consumer* |
| Chicago, Illinois 60602 | *Electronics Association and* |
| (312) 236-0733 | *Electronic Industries Alliance* |
| *Attorneys for Soundview Technologies, Inc.* | |

**SO ORDERED**:    _____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing was served upon lead counsel for the below listed parties by first class mail on 22nd day of August, 2005:

                                                          /s/ David S. Monastersky
                                                         David S. Monastersky

## SERVICE LIST

| Counsel for Consumer Electronics Association | |
|---|---|
| Counsel | Local Counsel |
| Kenneth W. Brothers<br>Peter J. Kadzik<br>R. Bruce Holcomb<br>Gary Hoffman<br>Jorge Kotelanski<br>Dickstein Shapiro Morin & Oshinsky<br>2101 L Street, N.W.<br>Washington, D.C.  20047<br>Tel: 202-775-4704 (Kadzik)<br>Fax: 202-887-0689<br>kadzik@dsmo.com<br><br>Tel: 202-828-2242 (Holcomb)<br>Fax: 202-887-0689<br>hoffman@dsmo.com | Connecticut<br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler Cooper & Alcorn<br>205 Church Street<br>New Haven, Connecticut 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Tel: 203-784-8205 (Solnit) solnit@tylercooper.com<br><br>Tel: 203-784-8228 (Jensen)<br>jensen@tylercooper.com<br><br>Tel: 203-784-8240 (Sachner)<br>sachner@tylercooper.com |
| **Counsel for Matsushita Electric Corporation of America** | |
| Counsel | Local Counsel |
| Morton Amster<br>Mike Berger<br>Joe Casino<br>John S. Economou<br>Abraham Kasdan<br>Amster, Rothstein & Ebenstein<br>90 Park Avenue<br>New York, New York 10016<br>Tel:  212-697-5995<br>Fax: 212-286-0854<br>email: mamster@arelaw.com | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street<br>New Haven, Ct.  06511<br>Tel:  203-772-3100 (x 271)<br>Fax:  203-772-1691<br>Email: bbloss@jacobslaw.com |

| **Counsel for Mitsubishi Digital Electronics America** | |
| --- | --- |
| Counsel | Local Counsel |
| Patent Infringement<br>Vincent J. Belusko<br>Eric Shih<br>Robert S. McArthur<br>Morrison & Foerster LLP<br>555 West Fifth Street<br>Los Angeles, California 90013-1024<br>Tel:   213-892-5200<br>Fax:   213-892-5454<br><br>Antitrust<br>Les J. Weinstein<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Los Angeles, California 90017-5544<br>Tel:   213-624-2500<br>Fax:   213-623-4581/4590 | Connecticut<br>Joseph L. Clasen<br>James M. Ruel<br>Robinson & Cole LLP<br>695 East Main Street<br>P.O. Box 10305<br>Stamford, CT 06901<br>Tel:   203-462-7510<br>Fax:   203-461-7599 |
| **Counsel for Sharp Electronics Corporation** | |
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT   06511<br>Tel:   203-772-3100 (x 271)<br>Fax:   203-772-1691<br>email: bbloss@jacobslaw.com |
| **Counsel for Soundview Technologies, Inc.** | |
| Counsel | |
| Eugene M. Cummings, Esquire<br>David M. Mundt, Esquire<br>Cook, Alex, McFarron, Manzo, Cummings<br>  & Mehler, Ltd.<br>200 West Adams<br>Chicago, IL  60603<br>Tel:  (312) 984-0144<br>Fax:  (312) 984-0146<br>email: ecummings@emcpc.com<br>         dmundt@emcpc.com | |

| **Counsel for Toshiba America Consumer Products, Inc.** ||
|---|---|
| <u>Counsel</u> | <u>Local Counsel</u> |
| Thomas G. Gallatin<br>Latham & Watkins<br>885 Third Avenue<br>Suite 1100<br>New York, New York 10022-4802<br>Tel:   212-906-1200<br>Fax:   212-751-4864<br>Thomas.Gallatin@lw.com<br><br>Larry S. Nixon<br>Michael Shea<br>Jeff Nelson<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road<br>Arlington, VA   22201-4714<br>Tel:   703-816-4000<br>Fax:   703-816-4100<br>lsn@nixonvan.com | <u>Connecticut</u><br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street., P.O. Box 606<br>New Haven, Connecticut 06503<br>Tel: 203-772-3100<br>Fax: 203-772-1691 |

| **Counsel for Sony Electronics, Inc. and Sony Corporation of America** ||
|---|---|
| <u>IP</u><br>Richard I. Delucia<br>Richard Gresalfi<br>Elizabeth Gardner<br>Alex D. Skucas<br>Jeffrey S. Gerchuck<br>Thomas R. Makin, Esquire<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, New York 10004<br>Tel: 212-425-7200<br>Fax: 212-425-5288<br>rdelucia@kenyon.com<br>egardner@kenyon.com<br><br><u>Antitrust</u><br>Ian S. Linker<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York 10022-3598<br>Tel: 212-836-8000<br>Fax: 212-836-8689<br>rsteuer@kayescholer.com<br><br>Mark S. Popofsky<br>Kaye, Scholer, Fierman, Hays & Handler<br>The McPherson Bldg.<br>901 Fifteenth Street, N.W., Suite 1100<br>Washington, D.C. 20005-2327<br>Tel: 202-682-3500<br>Fax: 202-682-3580<br><br>Jaime A. Siegel<br>In-House Counsel<br>Sony Corporation of America<br>Sony Electronics, Inc.<br>One Sony Drive<br>Park Ridge, New Jersey 07656<br>Tel: 201-930-7415<br>Fax: 201-930-6854 | <u>Connecticut</u><br>Jacqueline D. Bucar<br>Ben Solnit<br>Tim Jensen<br>Peter Sachner<br>Tyler, Cooper & Alcorn LLP<br>205 Church Street<br>P.O. Box 1936<br>New Haven, Ct. 06509-1910<br>Tel: 203-784-8200<br>Fax: 203-865-7865<br>bucar@tylercooper.com<br><br>Richard M. Steuer, Esquire<br>Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019-5820 |