UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 OCT -5 P 12: 22

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., <br> Plaintiffs, <br> v. <br> SOUNDVIEW TECHNOLOGIES, INC. et al., <br> Defendants. | ) AUGUST 22, 2005 <br> ) <br> ) LEAD DOCKET NO. <br> ) 3:00-CV-00754 (JBA) <br> ) U.S.D.C./New Haven <br> ) ALL CASES <br> ) |

## STIPULATION OF DISMISSAL WITH
## PREJUDICE AND WITHDRAWAL OF ATTORNEY FEE MOTION

Counterclaim plaintiff Soundview Technologies, Inc. and counterclaim defendant Consumer Electronics Association and Electronic Industries Alliance (collectively "the Associations") by their respective counsel of record, stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that all claims against each other be, and hereby are, dismissed with prejudice, each party to bear its own costs and attorneys' fees. As part of this dismissal, the Associations hereby withdraw their motion seeking an award of attorney fees.

STIPULATED AND AGREED TO:

John J. Bogdanski
David S. Monastersky
   Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361

Raymond P. Niro
John C. Janka
Robert P. Greenspoon
Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Attorneys for Soundview Technologies, Inc.

Jacqueline D. Bucar
Tyler Cooper & Alcorn
   205 Church Street
New Haven, Connecticut 06509
Tel: 203-784-8200

Peter J. Kadzik
Dickstein Shapiro Morin & Oshinsky
2101 L Street, N.W.
Washington, D.C. 20037
Tel: 202-785-9700
*Attorneys for Consumer Electronics Association and Electronic Industries Alliance*

SO ORDERED

_____
United States District Judge  10/6/05