3CVUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) OCTOBER 12, 2005 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) LEAD DOCKET NO. |
| | ) 3:00-CV-00754 (JBA) |
| | ) U.S.D.C./New Haven |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) |
| | ) ALL CASES |
| Defendants. | ) |

**MOTION TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY
AND FOR A STAY OF EXECUTION OF JUDGMENT PENDING APPEAL**

Soundview Technologies, Inc. ("Soundview") respectfully moves the Court for an order permitting deposit of funds with the Court, and for an order staying the September 29, 2005 judgment in favor of Sharp pending appeal. The underlying judgment amount is $32,168.67. Soundview and its counsel intend to appeal this judgment, but file this motion now to extend the initial automatic stay.

In lieu of a bond, Soundview requests an order of the Court pursuant to Fed. R. Civ. P. 67, permitting Soundview to deposit $32,168.67, as security for the judgment, in the interest-bearing registry of the Court's Clerk. Interest on the deposit will serve as security for interest accruing on the judgment.

A check in the appropriate amount has been prepared, made out to the United States District Court for the District of Connecticut, and is available for deposit with the Clerk within one business day of receipt of the Court's Order granting this motion.

The deposit will remain with the Clerk until further order of the Court, pending

outcome of the appeal, and Soundview requests that the Court's Order so provide.

Soundview further requests that the Court approve the above deposit as an adequate bond pursuant to Fed. R. Civ. P. 62(d) governing stays upon appeal, and that the Court order a stay of enforcement of the judgment, effective once Soundview has made the above deposit.

A proposed order accompanies this motion, and has been drafted in compliance with Connecticut L. Civ. R. 67.

DEFENDANT,
SOUNDVIEW TECHNOLOGIES, INC.


By____/s/ David S. Monastersky____
David S. Monastersky (ct13319)
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 249-1361
Fax: (860) 522-9549
jbogdanski@hl-law.com
dmonastersky@hl-law.com

Raymond P. Niro (ct18107)
John C. Janka (ct20463)
Robert P. Greenspoon (ct21736)
Paul C. Gibbons (ct18826)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733

Attorneys for Soundview Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that a copy of the foregoing **SOUNDVIEW'S RESPONSE TO SHARP'S FEE CALCULATION** was served upon lead counsel for the below listed parties by facsimile and first class mail (on all lead patent counsel) on October 12, 2005:

                                                /s/ David S. Monastersky
                                              David S. Monastersky

## SERVICE LIST

| Counsel for Sharp Electronics Corporation | |
|---|---|
| Counsel | Local Counsel |
| Robert W. Adams<br>U.S. Mickey Gill<br>Nixon & Vanderhye, PC<br>1100 North Glebe Road, 8th Floor<br>Arlington, VA 22201-4714<br>Tel: 703-816-4000<br>Fax: 703-816-4100<br>email: rwa@nixonvan.com (Adams) | Connecticut<br>William M. Bloss<br>Alinor C. Sterling<br>Jacobs, Grudberg, Belt & Dow PC<br>350 Orange Street<br>New Haven, CT 06511<br>Tel: 203-772-3100 (x 271)<br>Fax: 203-772-1691<br>email: bbloss@jacobslaw.com |