FILED

2005 OCT 24  A 9: 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONY ELECTRONICS, INC. et al., | ) |
| Plaintiffs, | ) No. 3:00-CV-00754 (JBA) |
| v. | ) |
| SOUNDVIEW TECHNOLOGIES, INC. et al., | ) |
| Defendants. | ) |

## ORDER FOR PAYMENT TO THE CLERK AND FOR A STAY OF EXECUTION

WHEREAS this Court entered judgment in favor of Sharp Electronics Corporation dated September 29, 2005;

WHEREAS Soundview and its counsel intend to appeal this judgment and have requested permission to pay the judgment amount into the Court's registry such that the judgment amount and its available income will serve as an adequate bond to permit a stay under Fed. R. Civ. P. 62;

NOW THEREFORE, in accordance with Connecticut Local Civil Rule 67, the Court grants Soundview's motion and directs the Clerk to accept the amount of $32,168.67 to be invested in an interest-bearing account, such as a high yielding money-market account, pursuant to 28 U.S.C. §2041. Execution of the judgment is hereby stayed pursuant to Fed. R. Civ. P. 62 pending appeal. Pursuant to L.Civ.R. 67,

the Clerk shall deduct 10% from the income earned on the investment as a fee whenever such income becomes available for deduction in the investment so held and without further order of the Court. Final disposition and release of the funds will be subject to further order of the Court.

IT IS SO ORDERED:

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 21st day of October, 2005.**